**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-CR-00272-ESH |
| ) | |
| ROBERT W. NEY ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

COMES NOW the United States by and through its undersigned counsel and hereby moves the Court to enter the appearance of Mary K. Butler, James A. Crowell IV, and M. Kendall Day as counsel for the Government in the above-captioned matter.  Accordingly, the Government asks the Court to designate Mary K. Butler, James A. Crowell IV, and M. Kendall Day as lead counsel and attorneys to be noticed for the Government.

    Respectfully Submitted,

    EDWARD C. NUCCI
    Acting Chief, Public Integrity Section

By:    /s/ James A. Crowell IV
    MARY K. BUTLER
    JAMES A. CROWELL IV
    M. KENDALL DAY
    Trial Attorney

    U.S. Department of Justice
    Criminal Division
    Public Integrity Section
    1400 New York Ave., NW
    Washington, DC 20005
    (202) 514-1412
    Mary.k.buter@usdoj.gov
    james.crowell@usdoj.gov
    m.kendall.day@usdoj.gov