**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

OCT 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA         :
                                 :   CASE NO. : 06cr272 (ESH)
                                 :
      v.                         :
                                 :
ROBERT W. NEY,                   :
                                 :
      Defendant.                 :

## WAIVER OF INDICTMENT

I, Robert W. Ney, the above named defendant, who is accused of conspiring to commit offenses against the United States in violation of Title 18 U.S.C. § 371, and make false statements in violation of Title 18 U.S.C. §§ 1001 and 2, having been advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on October 13, 2006, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Robert W. Ney
Defendant

_____
Counsel for Defendant
Mark H. Tuohey, Esq.
William E. Lawler III, Esq.
Craig D. Margolis, Esq.
David Hawkins, Esq.
Vinson & Elkins, LLP

Before _____
Hon. Ellen Segal Huvelle
U.S. District Judge