U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED
OCT 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

[REDACTED]

Case No. 06cr272 (ESH)

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___13th___ day of ___OCTOBER, 2006___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __or before OCTOBER 27, 2006__ by __FBI SPECIAL AGENT MARIA BORGUE OR ANY OTHER___ to the Central Cell Block of the Metropolitan Police
__FBI SPECIAL AGENT__
Department, to the United States Marshal's Office and to __the FBI WASHINGTON FIELD OFFICE__

_____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) JUDGE ELLEN SEGAL HUVELLE

DOJ USA-16-1-80