**From:** Abramoff, Jack (DC)
**Sent:** Monday, October 23, 2000 10:19 PM
**To:** 6759146@skytel.com
**Subject:** RE:

Great. Please be sure to let me know.

-----Original Message-----
From: 6759146@skytel.com [mailto:6759146@skytel.com]
Sent: Monday, October 23, 2000 9:07 PM
To: jacka@prestongates.com
Subject:

Reply Message:
Reply from MIKE SCANLON is tommorw- I hav set it off - we shoud have finlsa by 300 pm. Thanks! to jacka@prestongates.com|RE: |Great. when will they

Original Message:
jacka@prestongates.com|RE: |Great. when will they put it in?

-----Original Message-----
From: 6759146@skytel.com [mailto:6759146@skytel.com]
Sent: Monday, October 23, 2000 6:20 PM
To: jacka@prestongates.com
Subject:

Reply Message:
Reply from MIKE SCANLON is Just got off the phone with them - they are unbelieveably excited and thankful. we now have a friend froever! to jacka@prestongates.com|RE: |I'll get it done.

-

Original Message:
jacka@prestongates.com|RE: |I'll get it done.

-----Original Message-----
From: 6759146@skytel.com [mailto:6759146@skytel.com]
Sent: Monday, October 23, 2000 6:12 PM
To: jacka@prestongates.com
Subject:

Reply Message:
Reply from MIKE SCANLON is yes - alot! but I have to give them a definate answer - and they need it this week .Is it to much to ask? to jacka@prestongates.com|FW: |
Would $10K for NRCC f

Original Message:
jacka@prestongates.com|FW: |
Would $10K for NRCC from Suncruz for Ney help?

EXHIBIT 1

GTG-E000343412

BOB NEY
18TH DISTRICT, OHIO
1024 LONGWORTH H.O.B.
WASHINGTON, DC 20515
(202) 225-6265
(202) 225-3394 FAX
E-MAIL: bobney@mail.house.gov

# Congress of the United States
## House of Representatives
Washington, DC 20515-3518

COMMITTEES:
BANKING AND FINANCIAL SERVICES
TRANSPORTATION AND INFRASTRUCTURE
HOUSE ADMINISTRATION
DEPUTY WHIP

ALL HELV.

Extension of Remarks of
Hon. Robert W. Ney
of OHIO
In the House of Representatives
Thurs, Oct 26, 2000

Bob Ney M.C.

## EXTENSION OF REMARKS
## STATEMENT BY REPRESENTATIVE BOB NEY

~~October 25, 2000~~ - The Gaming Industry (caps)

Mr. Ney. Mr. Speaker, ~~I would like to submit the following statement for the Congressional Record.~~ A few months ago I felt it necessary to speak out against alleged abuses in the gaming industry. I did so not to express disapproval of the gaming industry as a whole but to express my frustration with those in the gaming industry who may unfairly take advantage of their patrons. My earlier statement was related to the previous actions of SunCruz Casino at the time and based on the findings of Florida Attorney General Robert Butterworth and several news reports.

<P> I was concerned that some individuals who participate in gambling for entertainment and recreation can unwittingly fall prey to unethical practices by a few rouge casino owners. I said then and will repeat now that I am not anti-gaming, and I would not call myself pro-gaming either. I do, however, strongly believe in the concept that those who choose to gamble should be able to do so in the establishments of respected gaming interests who treat their customers and their communities fairly.

Given the Attorney General's findings and the record of Sun Cruz under the previous owner, I did not believe that the casino was operating a fair and responsible establishment.

Since my previous statement, I have come to learn that SunCruz Casino now finds itself under new ownership and, more importantly, that its new owner has a renowned reputation for honesty and integrity. The new owner, Mr. Adam Kidan, is most well known for his successful enterprise, Dial-a-Mattress, but he is also well known as a solid individual and a respected member of his community.

While Mr. Kidan certainly has his hands full in his efforts to clean up SunCruz's reputation, his track record as a businessman and as a citizen lead me to believe that he will easily transform SunCruz from a questionable enterprise to an upstanding establishment that the gaming community can be proud of.

Mr. Speaker, the purpose of my statement is not to criticize or promote the gaming industry or to favor one casino owner over another, but rather to stand by the consumers who patronize casinos as a form of entertainment. I believe that every individual who visits a gaming vessel in Florida, should know that they are gaming in an establishment that represents the community well, and gives every individual a fair shot. I hope that all casinos owners and operators share in this philosophy. I look forward to the positive changes Mr. Kidan is more than capable of bringing to the gaming industry and I hope that others will follow his lead when he brings positive changes to SunCruz. </IA>

EXHIBIT 2

DISTRICT OFFICES:

3201 BELMONT STREET
ROOM 604
BELLAIRE, OH 43906
(740) 676-1960
(740) 676-1983 FAX

HILTON-FAIRFIELD BUILDING
152 2ND STREET, NE, #200
NEW PHILADELPHIA, OH 44663
(330) 364-6380
(330) 364-7675 FAX

MASONIC TEMPLE BUILDING
38 NORTH 4TH STREET
ROOM 502
ZANESVILLE, OH 43701
(740) 452-7023
(740) 452-7191 FAX

PRINTED ON RECYCLED PAPER

☐ *Original* ☐ *Amendment*

# U.S. House of Representatives

## *MEMBER/OFFICER TRAVEL DISCLOSURE FORM*

This form is for disclosing the receipt of travel expenses from private sources for meetings, speaking engagements, fact-finding trips or similar events in connection with official duties. You need not disclose government-funded or political travel on this form, or travel that is unrelated to official duties. This form does not eliminate the need to report all privately funded travel on the annual Financial Disclosure Statements of those persons required to file them. In accordance with clause 5 of House Rule 25, complete this form and file it with the Clerk of the House of Representatives, B-106 Cannon House Office Building, within 30 days after travel is completed. The Clerk is to make these forms available to the public as soon as possible after they are filed. *Obtain the dollar amounts from the sponsor; if exact dollar amounts are unavailable, provide a good faith estimate.*

NAME OF MEMBER OR OFFICER (PRINT OR TYPE): Bob Ney

NAME OF ACCOMPANYING FAMILY MEMBER (if any): ______

RELATIONSHIP TO MEMBER/OFFICER (check one): ____ spouse ____ child

DATES OF TRAVEL: Aug 3 – Aug 9, 2002

DATES AT PERSONAL EXPENSE: ______

ITINERARY: Visit United Kingdom - travel to Scotland & leave London

SPONSOR (WHO PAID FOR THE TRIP): National Center for Public Policy

PURPOSE OF TRIP: Speech to Scottish parliamentarians; attend Edinburgh Military Tattoo; visit British Parliament

TOTAL TRANSPORTATION EXPENSES:

For Member or Officer: $1500.00

For accompanying spouse or child: ______

TOTAL LODGING EXPENSES:

For Member or Officer: 1,200.00

For accompanying spouse or child: ______

TOTAL MEAL EXPENSES:

For Member or Officer: $500.00

For accompanying spouse or child: ______

OTHER EXPENSES (specify):

For Member or Officer: ______

For accompanying spouse or child: ______

LEGISLATIVE RESOURCE CENTER
2002 SEP -3 AM 11:24
OFFICE OF THE CLERK
U.S. HOUSE OF REPRESENTATIVES

I have determined that all of the expenses listed above were necessary and that the travel was in connection with my duties as a Member or Officer of the U.S. House of Representatives and would not create the appearance that I am using public office for private gain.

SIGNATURE OF MEMBER OR OFFICER: [signature] DATE: 9/9/02

*Version date 1/2001*

**EXHIBIT 3**

**From:** [redacted]@mail.house.gov]
**Sent:** Tuesday, July 29, 2003 12:42 PM
**To:** Williams, Michael E. (Dir-DC-Gov)
**Subject:** RE:

Mike,
I left you a voicemail. My cell is 202 225 9339. LEt me know.

-----Original Message-----
From: williamsmo@gtlaw.com [mailto:williamsme@gtlaw.com]
Sent: Monday, July 28, 2003 8:25 PM
To: [redacted]
Subject: RE:

Yes, when are you leaving? Can we talk to tomorrow.

In New Mexico until tomorrow afternoon. Call cell if possible in the am. 703-963-0918

Thanks,

Williams

-----Original Message-----
From: [redacted]@mail.house.gov]
Sent: Monday, July 28, 2003 11:45 AM
To: Williams, Michael E. (Dir-DC-Gov)
Subject:

Hey man. Long time since we talked but I am heading to russian this week. Neil had mentioned that you have stoli as a client. Anything we can do?

[redacted]
Chief of Staff
Rep. Bob Ney
2438 Rayburn HOB
(202) 225-6265

**EXHIBIT 4**

This is very important. Also, please ask Bob if there is any way I could mention at least that he meet with Khodorkovsky. Thanks.

-----Original Message-----
From: Volz, Neil G. (Dir-DC-Gov/Adm)
Sent: Thursday, August 07, 2003 3:46 PM
To: [redacted]; Abramoff, Jack (Dir-DC-Gov)
Subject: RE: Alexander and Ney - CONFIDENTIAL

Guys, here is the deal ( and Bob asked that this specifically stay just with us ). When he asked for the passport, the consulate was hesitant. However, they wanted the Congressman to meet with the below mentioned gentleman ( see newsweek story ). Bob did not quid pro quo or anything, but decided to become a little more flexible on meeting with Khodorkovsky over the course of their long conversation - and they became more flexible on the passport. Long and short of it, he ended up meeting with this guy, and they ended up giving him the passport. Bob suggested they would have given him the passport ultimately - no matter what, so he suggested that we just let Alexander and Marina know the consulate gave him the passport because a Member of Congress asked for it. He told me to get the name of the person they specifically dealt with from [redacted] and [redacted], which I will do. Please do not forward this information, but as the two who work regularly with the client, I wanted you to know the full rundown in case this information means something I am not aware of currently.

Neil

Tycoon Takedown

The Kremlin's campaign against one of the world's richest men, a poster boy for the New Russia, could threaten the country's fragile economy

By Christian Caryl
NEWSWEEK INTERNATIONAL

Aug. 4 issue - If anyone embodies Russia's transformation from financial pariah to new economic star, it's 40-year-old Mikhail Khodorkovsky. Not long ago he was just another post-Soviet business tycoon, getting rich quick in dubious privatizations and trampling on minority shareholders.

<http://a799.g.akamai.net/3/799/388/2ebefc7104d681/www.msnbc.com/news/1073325.gif>

EXHIBIT 5

GTG-E000246632

THEN HE GAVE himself a makeover. He engineered a management revolution at his flagship company, the oil giant YUKOS, and watched production figures spike. He embraced good corporate governance, and foreign-portfolio investors piled in, raising the stock-market valuation of his company to unheard-of heights. Last but not least, he hired a host of Western experts to handle his PR. These days he's a welcome guest among the world's business elite-and in Washington, too, where he has contributed generously, among others, to conservative think tanks linked with the Bush administration.

It's been quite a roller-coaster ride, and it's evidently not over yet. These days the man who should be basking in his newly acquired status as Russia's richest tycoon is fighting for his professional life. Starting with the arrest of one of his key associates on July 2, Khodorkovsky and his company have found themselves warding off a flurry of searches, official threats and criminal charges ranging from embezzlement to murder. Needless to say, the attacks on YUKOS aren't simply motivated by the government's eagerness to pursue wrongdoing. In fact, the ferocity of the affair has far more to do with a lingering conflict between Yeltsin-era oligarchs, their supporters in the government and a group of parvenu rivals who have risen to power on the coattails of Vladimir Putin. Those Putin confidantes-many of them, like the president, alumni of the old KGB-evidently spied an opening when Khodorkovsky openly declared that he was paying money to political parties that are competing with the Kremlin's own candidates in upcoming parliamentary elections.

The mess has sent shock waves through an international investor community that was just beginning to trust in Russia's newfound political and economic stability. Since the affair started, the once high-flying Russian stock market has lost some $20 billion, around 17 percent of its value. The worth of YUKOS itself has slid by nearly a quarter, from a high of $31 billion in June to $25 billion last week-knocking it from its place as the country's biggest company in terms of market capitalization. For the first time in years, newly released Central Bank figures suggest that capital flight might be picking up again, indicating that worried investors are opting to move repatriated funds back offshore.

Nor is that all. Khodorkovsky has been a prime moving force behind the much-heralded energy dialogue between Russia and the United States. The growing possibility that he, too, could end up behind bars is casting a pall over that project, just weeks ahead of a high-level energy summit planned in Moscow for September. That's probably the main reason why the U.S. ambassador in Moscow has publicly taken Khodorkovsky's side in the dispute. A State Department official speaks of "very strong concern among the business community in the United States." "Khodorkovsky is the poster child for the new Russia," says a former U.S. government official. "Now you can put bars on the picture."

How did it come to this? The first strong indication that something was up came in the spring, when a hitherto little-known think tank caused a stir by issuing a report accusing Russia's most powerful business tycoons of staging a "creeping coup" against the Kremlin. Some Moscow analysts accuse the think tank's director, Stanislav Belkovsky, of carrying out the job at the orders of a cabal of former KGB officers in Putin's immediate entourage. Belkovsky denies it. ("Do I have contact with them? I wish I did," he says.) What matters, though, -is that the report landed on the desk of none other than the president, and a few weeks later he used the occasion to issue the oligarchs a public warning reminding them of the fate of two others among their number, Vladimir Gusinsky and Boris Berezovsky. Both men now live in exile, their punishment for failing to follow the president's advice that they stay out of politics. "As for those who do not agree with this position," said Putin, "there's neither sight nor sound of them now."

Among other things, Khodorkovsky's plans to merge YUKOS with Sibneft, potentially creating the world's fourth-largest oil company, have excited suspicion among denizens of the Kremlin who were already worried about the oligarch's growing power. As head of a giant like that, Khodorkovsky would dominate Russia's energy industry-and, by extension, its government, considering that the national budget depends on revenues from oil and gas.

Rumors that Khodorkovsky has been in merger negotiations with foreign oil majors (including ExxonMobil) have provoked the "statists" in Putin's entourage even further. "Economic liberals want integration with the West," says commentator Aleksei Venediktov of radio broadcaster Ekho Moskvy. "These people don't want that at all." The aggressiveness of Khodorkovsky's lobbying for a new pipeline that would make it far easier to deliver oil from western Siberian fields to consumers in the United States-a centerpiece of the U.S.-Russian energy dialogue-has also angered some in the Kremlin, especially those wary of America's growing presence in Central Asia, Russia's traditional geopolitical stamping

ground.

So how can the standoff be broken? As uncertainty about Russia's political stability grows at home and abroad, rumors abound of possible ceasefire agreements. But last week YUKOS foes scorned an opportunity to de-escalate by refusing to grant bail to Platonov Lebedev, the Khodorkovsky right-hand man whose arrest started the whole imbroglio. (A YUKOS security officer also remains in jail on murder changes.) Khodorkovsky's own rhetoric has grown more intransigent; some analysts warn that the loud support of his Western friends may have only helped his opponents. Meanwhile, Putin himself has remained ominously silent. Khodorkovsky has been warning his employees that the fight could continue for a year or more. Needless to say, that's not exactly music to the ears of foreign investors. They're now watching with dismay as Russian politicians have begun to discuss the possibility of a sweeping review of the privatizations of the 1990s-potentially calling into question the ownership and management of Russia's entire economy.

<http://a799.g.akamai.net/3/799/388/2ebefc7104d681/www.msnbc.com/i/c.gif>

Newsweek International Aug. 11 Issue

<http://a799.g.akamai.net/3/799/388/2ebefc7104d681/www.msnbc.com/i/c.gif>

<http://a799.g.akamai.net/3/799/388/2ebefc7104d681/www.msnbc.com/i/c.gif>

- <http://www.msnbc.com/news/nw-int_front.asp?0cb=-1185737> International Editions Front
- <http://www.msnbc.com/news/947667.asp?0cb=-2185737> Cover Story: Big Trouble
- <http://www.msnbc.com/news/nw-inventions_front.asp?0cb=-3185737> Special Section: Inventions With Impact
- <http://www.msnbc.com/news/947638.asp?0cb=-4185737> World View: Beware the Puppet Masters
- <http://www.msnbc.com/news/947139.asp?0cb=-5185737> Letter From America: Wrapped in the Flag
- <http://www.msnbc.com/news/947694.asp?0cb=-6185737> International Periscope & Perspectives

- <http://www.msnbc.com/news/947129.asp?0cb=-7185737> International Mail Call

- <http://www.msnbc.com/news/947700.asp?0cb=-8185737> The Last Word: Ariel Sharon

A lot depends on what the attackers ultimately want. Commentator Venediktov argues that the security-service contingent in the Kremlin is aiming for a Soviet-style revanche by wiping out the oligarchs, cutting back on cooperation with the West and gearing up the military-industrial complex. "They don't care if foreign investors are worried," he argues. "It's the Soviet model of thinking. They're sure that the West will always want our oil and gas no matter what." Others, like Sergei Markov of the Moscow Institute for Political Studies, say that Putin's cronies simply aim to show the oligarchs that their proper place is in "subordination to the state," not least in big investment decisions like the pipeline.

As for the man who started it all, Stanislav Belkovsky may be echoing-or anticipating-views in the Kremlin when he suggests that the oligarchs should be forced to pick up the bill for some planned reforms that will hit ordinary Russians the hardest. "Otherwise," he insists, "I see the increasing possibility of a social explosion." That, he argues, is because the oligarchs have been putting their wealth and power on show while many Russians slip deeper into poverty. With elections ahead, that could well turn out to be another reason for the Kremlin's attack on YUKOS. It may be bad for business, but with polls showing that some 70 percent favor re-examining privatization, it also looks a lot like old-fashioned vote-getting politics.

(c) 2003 Newsweek, Inc.

-----Original Message-----
From: [redacted]
Sent: Wednesday, August 06, 2003 1:59 PM
To: Abramoff, Jack (Dir-DC-Gov); Volz, Neil G. (Dir-DC-Gov/Adm)
Subject: RE: Alexander and Ney
Here is an update.

1) Marina said the interview at the US Consulate in Moscow for Alexander's daughter has been set for August 14th. This is good news.

2) However, Marina said she needs to know the name of the guy at the US Consulate who retrieved Juliet's passport and gave it to Congressman Ney. Marina also said she needs an explanation for Juliet as to why she already has her passport when she has her interview in case she is asked about this (normally the consulate would have the passport in its possession during the interview).

3) Finally, Marina wants to do a conference call with me, Neil and [redacted] tomorrow before I take off so everything is set.

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Monday, August 04, 2003 11:38 AM
To: [redacted]; Volz, Neil G. (Dir-DC-Gov/Adm)
Subject: RE: Alexander and Ney
Neil's call as to who can do this.

-----Original Message-----

From: [redacted]
Sent: Monday, August 04, 2003 11:05 AM
To: Volz, Neil G. (Dir-DC-Gov/Adm)
Cc: Abramoff, Jack (Dir-DC-Gov)
Subject: RE: Alexander and Ney

Neil. We need to deal with this. I will not return until the 25th. You also will be gone during the critical period. Jack, do you have any preference here for who we should enlist?

-----Original Message-----
From: Volz, Neil G. (Dir-DC-Gov/Adm)
Sent: Monday, August 04, 2003 10:47 AM
To: [redacted]
Subject: RE: Alexander and Ney

sure - question though - I will be leaving on vacation Thursday the 14th. Will this be a problem? Should we have two of us here in case an emergency happens and you and i are BOTH out of pocket? Just paranoid and wanted you to know. Thanks.

Neil

-----Original Message-----
From: [redacted]
Sent: Mon 8/4/2003 10:33 AM
To: Volz, Neil G. (Dir-DC-Gov/Adm)
Cc:
Subject: RE: Alexander and Ney

I will be out of the offiice this afternoon. I have to take their corporate guy to Aberdeen for a follow up meeting. I didn't want to bug you on this one and drag you all the way there. I will fill you in tomorrow. Can we meet tomorrow, perhaps do a conference call with Marina so I can introduce you to her. Thanks. [redacted]

-----Original Message-----
From: Volz, Neil G. (Dir-DC-Gov/Adm)
Sent: Monday, August 04, 2003 10:31 AM
To: [redacted]
Subject: RE: Alexander and Ney

I'll swing by this afternoon.

-----Original Message-----
From: [redacted]
Sent: Mon 8/4/2003 10:28 AM
To: Volz, Neil G. (Dir-DC-Gov/Adm)
Cc:
Subject: RE: Alexander and Ney

Neil, let's meet on this before I leave on Friday.

-----Original Message-----
From: Volz, Neil G. (Dir-DC-Gov/Adm)
Sent: Friday, August 01, 2003 12:01 PM
To: Abramoff, Jack (Dir-DC-Gov); [redacted]
Subject: RE: Alexander and Ney

sure, please advise me on all I need to know [redacted] Thanks.

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Friday, August 01, 2003 11:53 AM
To: [redacted]
Cc: Volz, Neil G. (Dir-DC-Gov/Adm)
Subject: RE: Alexander and Ney

Super. Actually, they called me from their coffee get together. Bob said something in Russian! I told him he is a traitor!! :) seriously, Neil, can you take this over when [redacted] goes on his trip?

-----Original Message-----
From: [redacted]
Sent: Friday, August 01, 2003 11:49 AM
To: Abramoff, Jack (Dir-DC-Gov)
Cc: Volz, Neil G. (Dir-DC-Gov/Adm)
Subject: RE: Alexander and Ney

Jack, Marina had a good meeting with Rep. Ney. Alexander couldn't attend at the last minute because his mother is sick. However, Marina went and said the meeting went well. Also, Marina said that [redacted] (Ney's COS) got Juliet's passport out of the Consulate so she can travel to France next week. [redacted] said they will also work on the harder task, which is to make sure that Juliet gets an early interview with the Consulate and then gets the visa she needs for her trip on Aug 23 to the states to attend a medical conference. We will need someone on this end to coordinate this after I depart for Australia next Friday. [redacted]

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Thursday, July 31, 2003 11:49 PM
To: [redacted]
Subject: RE: Alexander and Ney

great

-----Original Message-----
From: [redacted]
Sent: Thursday, July 31, 2003 3:25 PM
To: Abramoff, Jack (Dir-DC-Gov); Volz, Neil G. (Dir-DC-Gov/Adm)
Subject: RE: Alexander and Ney

Marina just called to report. She said that she met with Ney's COS at the hotel as they arrived. She also saw Ney himself briefly as he arrived at the hotel (she got a chance to chat with him briefly). Marina said that Ney's COS was very accommodative. Marina said that tomorrow around noon their time Congressman Ney and the COS were going to the US Consulate and would raise the visa issue. Jack, Marina was pleased by all of this. Of course, she is interested to see if anything can actually be worked out on the visa. Marina said she would keep us posted. -----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Wednesday, July 30, 2003 1:58 PM
To: Volz, Neil G. (Dir-DC-Gov/Adm); [redacted]
Subject: RE: Alexander and Ney

Super. I'll call Marina.

-----Original Message-----
From: Volz, Neil G. (Dir-DC-Gov/Adm)
Sent: Wednesday, July 30, 2003 1:54 PM
To: Abramoff, Jack (Dir-DC-Gov); [redacted]
Subject: Re: Alexander and Ney

Just talked to [redacted] He spoke with the State Department representatives putting the CODEL together and told him what was needed. They said they would make the calls and get this done, in addition, [redacted] said he would follow up with the consulate while there to make sure it's completed. Therefore, I will follow up [redacted] through his hotmail account while in Russia. Is that ok?

--------------------------

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>
To: [redacted]; Volz, Neil G. (Dir-DC-Gov/Adm) <volzn@gtlaw.com>
Sent: Wed Jul 30 13:05:21 2003
Subject: RE: Alexander and Ney

Neil, maybe with Bob calling and telling the Ambassador that he looks forward to seeing him, etc., this might work?

-----Original Message-----
From: [redacted]
Sent: Wednesday, July 30, 2003 12:16 PM
To: Abramoff, Jack (Dir-DC-Gov); Volz, Neil G. (Dir-DC-Gov/Adm)
Subject: RE: Alexander and Ney

I talked with Dawn. Per Neil, she put together a package for Ney's COS to call the US Consulate in Moscow. (Neil, did Will do this?) I asked Dawn if she has seen this work before. She said it is tough to do, but she has seen Congressional pressure work. Dawn said she recently had a success where the a Congressman from Texas contacted the US Ambassador to Brussels while the Congressman's staff contacted the US consulate in Brussels.

-----Original Message-----
From: Abramoff, Jack (Dir-DC-Gov)
Sent: Wednesday, July 30, 2003 11:29 AM
To: [redacted]; Volz, Neil G. (Dir-DC-Gov/Adm)
Subject: Re: Alexander and Neyc

Call dawn and find out and then let's turn up the congressional heat
Jack Abramoff
-----Original Message-----
From: [redacted]
To: Abramoff, Jack (Dir-DC-Gov) <abramoffj@gtlaw.com>; Volz, Neil G. (Dir-DC-Gov/Adm) <volzn@gtlaw.com>
Sent: Wed Jul 30 11:21:12 2003
Subject: RE: Alexander and Ney

Here's the deal. A meeting has been set up for Alexander and Chairman Ney at 5:30 PM on August 1 at the National Hotel (Ney and party are staying there).

Marina will confirm the time and place with Alexander tonight (our time) and then will leave a confirmation message for Will Heaton, Congressman Ney's COS when he arrives in Moscow with the Chairman on the evening of the 31st.

Jack, Neil, I have confirmed this with Marina and Will. Will has Marina's mobile number. She instructed me to make sure that he has it. Also, I have sent Marina Ney's bio and Marina and I will talk through the discussion items later today.

Finally, I talked with Marina and here is the story on the visa issue. Alexander's daughter (Juliet) has her passport at the US Embassy as part of her application to secure a visa to travel to the US for a medical conference on August 23rd. However, Marina says that Juliet needs to travel to France next Monday and they would like to get her visa back from the US embassy by Friday so she can go to France on Monday. Jack, I think Juliet is joining Alexander in France. The problem is, if they take Juliet's passport back from the US embassy this could jeopardize her application for a visa to travel to the US on August 23. She would then have to start all over an apply a new. So, they are asking for help with this. In addition, Marina says that right now, Juliet's interview at the US Embassy in Moscow is scheduled for August 20th. They would like this moved forward to sometime between August 12 - 18. Jack, Marina said she last sent an email to Dawn Lurie two days ago. Marina said that it didn't' sound like Dawn was making much progress.