# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT W. NEY | Case No. 06-cr-272 (ESH) |

### NOTICE OF ATTORNEY APPEARANCES

Defendant Robert W. Ney, through undersigned counsel, hereby moves the Court to enter the appearances of Mark H. Tuohey III, William E. Lawler III, Craig D. Margolis, and David E. Hawkins as counsel for the Defendant in the above matter. Accordingly, the Defendant asks the Court to designate Mark H. Tuohey III, William E. Lawler III, Craig D. Margolis, and David E. Hawkins as lead counsel and attorneys to be noticed for the Defendant.

                                          Respectfully submitted,

                                          /s/ Mark H. Tuohey III
                                          _____
                                          Mark H. Tuohey III (DC Bar No. 186148)
                                          William E. Lawler III (DC Bar No. 398951)
                                          Craig D. Margolis (DC Bar No. 454783)
                                          David E. Hawkins (DC Bar No. 482016)
                                          VINSON & ELKINS L.L.P.
                                          The Willard Office Building
                                          1455 Pennsylvania Avenue, N.W.
                                          Washington, DC 20004-1008
                                          Phone: (202) 639-6500
                                          Facsimile: (202) 639-6604
                                          mtuohey@velaw.com
                                          wlawler@velaw.com
                                          cmargolis@velaw.com
                                          dhawkins@velaw.com

Dated: January 11, 2007                       Attorneys for Defendant Robert W. Ney

DC 645376v.1

– 2 –

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2007, I caused a copy of the foregoing Notice of Attorney Appearances to be served by the Court's electronic filing system upon:

    Mary K. Butler, Esquire
    M. Kendall Day, Esquire
    Public Integrity Section
    United States Department of Justice
    1400 New York Avenue, N.W., Suite 12100
    Washington, DC  20005

                          /s/ David E. Hawkins
                          _____
                          Counsel for Defendant Robert W. Ney