**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 06cr272 (ESH) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT W. NEY,** | : | |
| **Defendant.** | : | |

**UNITED STATES' CONSENT MOTION TO CHANGE THE TIME**
**OF THE SENTENCING HEARING**

Defendant Ney is due to be sentenced at 9:30 a.m. on January 19, 2007. Due to a scheduling conflict, the United States respectfully files this consent motion to change the time of the sentencing hearing from 9:30 a.m. to 2:30 p.m. on January 19, 2007.

As of the time of this filing, lead counsel for the government, Mary Butler, has a sentencing hearing in Puerto Rico scheduled for the morning of January 18, 2007. United States v. Vasquez-Botet, et al., 04cr160 (D. PR) (the "Puerto Rico matter"). The sentencing in the Puerto Rico matter is contested and will likely include the presentation of evidence. To guard against the possibility that sentencing in the Puerto Rico matter will cause government counsel to miss her flight back to Washington, D.C., on January 18, the government respectfully requests that the sentencing time in Defendant Ney's matter be changed to 2:30 p.m., which time should allow government counsel to return to the District of Columbia in time for sentencing.

Government counsel have conferred with the attorneys for Defendant Ney, and they consent to this motion. A proposed order is attached.

        EDWARD C. NUCCI
        Acting Chief, Public Integrity Section

        STEVEN A. TYRRELL
        Acting Chief, Fraud Section


        __/s/ (M. Kendall Day)_____
        Mary K. Butler
        James A. Crowell IV
        M. Kendall Day
        Trial Attorneys
        Criminal Division
        U.S. Department of Justice

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **06cr272 (ESH)** |
| **v.** | : | |
| **ROBERT W. NEY,** | : | |
| **Defendant.** | : | |

## ORDER

By consent Motion dated January 12, 2007, the United States moved for an order changing the time of Defendant Ney's sentencing hearing from 9:30 a.m. on January 19, 2007, to 2:30 p.m. on January 19, 2007.  Having read and considered the government's submission, the Court _____ the motion and reschedules the sentencing hearing to _____ on January 19, 2007.

It is so ORDERED this _____ day of January, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge

3

CERTIFICATE OF SERVICE

    I certify that on this 12th day of January, 2007, a copy of the foregoing memorandum was delivered to William Lawler, wlawler@velaw.com, Counsel for Defendant Ney, via the CM/ECF electronic mail system.

                                        _(M. Kendall Day)_____
                                        M. Kendall Day
                                        Trial Attorney