## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT W. NEY | Case No. 06-cr-272 (ESH) |

### DEFENDANT'S LETTER EXHIBITS IN AID OF SENTENCING

Defendant Robert W. Ney, through undersigned counsel, hereby submits the following letter exhibits in aid of sentencing.[1] These letters paint a picture of a hard-working and dedicated public servant and family man who has achieved a great deal for his community and for his nation. These letters also show that Mr. Ney struggles greatly with alcohol addiction and that further residential treatment is essential to his continued health. Accordingly, we request that the Court recommend Mr. Ney for treatment in the BOP Residential Drug Abuse Program.

                Respectfully submitted,

                /s/ Mark H. Tuohey III
                _____
                Mark H. Tuohey III (DC Bar No. 186148)
                William E. Lawler III (DC Bar No. 398951)
                Craig D. Margolis (DC Bar No. 454783)
                David E. Hawkins (DC Bar No. 482016)
                VINSON & ELKINS L.L.P.
                The Willard Office Building
                1455 Pennsylvania Avenue, N.W.
                Washington, DC 20004-1008
                Phone: (202) 639-6500
                Facsimile: (202) 639-6604

Dated: January 18, 2007                 Attorneys for Defendant Robert W. Ney

---

[1] Pursuant to the Court's direction and the Privacy Act, contact information has been redacted from these electronically-filed exhibits. Unredacted exhibits have been delivered to chambers, with copies to the government, for *in camera* inspection.

– 2 –

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2007, I caused a copy of the foregoing DEFENDANT'S LETTER EXHIBITS IN AID OF SENTENCING to be served by the Court's electronic filing system upon:

> Mary K. Butler, Esquire
> M. Kendall Day, Esquire
> Public Integrity Section
> United States Department of Justice
> 1400 New York Avenue, N.W., Suite 12100
> Washington, DC  20005

/s/ David E. Hawkins
_____
Counsel for Defendant Robert W. Ney