**RENATO F. DELA CRUZ, M.D.**



January 10, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, DC  20001

Re:  <u>United States v. Ney</u>, No. 06–cr–272 (ESH)

Dear Judge Huvelle:

I am Mr. Ney's primary care physician, a personal friend and former neighbor. I have known Mr. Ney since 1991. Throughout our friendship, I have known him to be a very dedicated husband and father who spent a great deal of quality time with his family.

Mr. Ney is a very kind and caring person with many genuine qualities. I personally feel that while he was in office, his work on national issues, his integrity and dedication to public service were superb. He was also very devoted to his constituents in Ohio.

In recent years, especially since 2001, I noticed that Mr. Ney appeared to be increasingly stressed and observed an increase in his alcohol consumption. I became concerned that his use of alcohol was influencing his behavior, both at work and at home, and I advised Mr. Ney to reduce his stress and alcohol use. Sadly, Mr. Ney did not timely take this advise, and his dependence on alcohol increased.

Mr. Ney has finally taken steps to address his problem with alcohol addiction. If the court places Mr. Ney in federal custody, it is my firm professional opinion that he should be placed in a residential substance abuse treatment center for his health and well being.

Thank you for this important consideration.

Very truly yours,

Renato F. Dela Cruz, M.D.

January 17, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I feel that I know Bob Ney as well as anybody else. I met
him in January 2002 and went to work for his congressional
staff in May 2002. Since then, I have been one of his top
aides, his neighbor, and one of his best friends.

Bob Ney is one of the hardest working and decent people I
have ever known. As a Member of Congress, Bob gave
unselfishly of himself, taking time out of his weekend to
visit concerned citizens and going above and beyond to
assist his constituents. Bob Ney loved his job and loved
the people he was representing in the United States House
of Representatives.

Even though Bob has admitted to misconduct during a period
of his time in office, I can say with certainty that Bob
was never "on the take" and always had the best of
intentions in his work. I think Bob and his staff, myself
included, became too comfortable with the way business is
done in Washington.

I firmly believe that Bob's addiction to alcohol drove him
to make some bad decisions. He drank too much on a regular
basis, and it began to interfere with his judgment in his
personal life and as a Member of Congress. As the
investigation started to intensify in late 2004 and early
2005, Bob began to drink even more. Bob was a functioning
alcoholic who could rarely make it through the day without
drinking and would often begin drinking beers as early as
7:30 am. As his condition intensified, those around him
suffered increasingly from the ill effects of his
addiction.

Since Bob has pled guilty, I have remained very close
friends with him. Through this ordeal, Bob has lost
everything he has worked so diligently for over the last 26
years. He has paid dearly for crossing ethical lines and
will continue to pay dearly if he is incarcerated. Through

this difficult time in his life, I am convinced that the
only reason he has been able to get through it has been
because of rehabilitation and recovery programs.

Every day is difficult for Bob.  His career ended terribly.
Financially, he has nothing.  Every day he wakes up to the
stark reality that he may be one day closer to being
incarcerated.  With all of that happening, it would be easy
to relapse, but Bob hasn't relapsed.  Instead, he has
become a better person, and I believe there is a direct
correlation between his new lifestyle and the rigorous
recovery programs he continues to go through.

Bob Ney is a changed man.  Bob has gone through extensive
rehabilitation and he faithfully attends recovery meetings.
These programs have changed his life for the better.  He
has recognized the problems that alcohol caused in his life
and courageously battles the demons of addiction.

Every day as I wake up, I see Bob drive past my house to a
7:00 am recovery meeting.  Some days Bob will go to as many
as three recovery meetings.  These meetings have given him
hope and renewed his faith.  They have played the biggest
role in making him the better person that he is today.

Bob has begun to triumph over alcohol addiction.  I am
pleading for Bob to be able to continue with rehabilitation
programs while he is incarcerated.  These programs have
made a huge difference in his life, and I really think it
would be an injustice if he were not given the opportunity
to get the help that he desperately needs.

I humbly ask that when you sentence Bob you take his
history into consideration.  As a public servant for over
26 years, Bob helped thousands of people.  But now he needs
your help to see that he will continue with the treatment
that he so desperately needs.

Sincerely,

Matthew D. Parker



The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing in support of leniency for Robert Ney, whom I have known since he was first elected to Congress in 1994. I am a liberal journalist based in Washington, D.C., who has been on the air with Republican Congressman Ney on a local radio station in Mr. Ney's congressional district. I reported on the day's news, and he presented his views as the representative from his district. We became friends, and although we did not often agree politically, we shared the belief that our government needs to do more for working families. Former Congressman Ney is considered by both sides of the political aisle to be a champion for housing, education, and healthcare for all Americans. Robert Ney was the most extraordinary member of Congress I have encountered in my fifteen years on Capitol Hill. He is a peacemaker, mediator and healer of the ills of our nation, and I believe that our nation is in critical need of this type of servant-based leadership. His downfall has emboldened his sense of compassion and renewed his intention to live a life of service to others.

Unfortunately, Congressman Ney made some grave personal judgments for which he has paid, and will continue to pay, a heavy price. Although he takes full responsibility, I believe that alcohol was the driving force behind those poor judgments. I will always regret that I waited too long before I sought help for him and his alcoholism. Having worked extensively in the field of alcohol addiction before becoming a journalist, I had been very concerned about his drinking since the year 2000. I spoke about my concerns with people who knew Congressman Ney, with the radio host I worked with in his district, and with Congressman Ney's wife, yet I did not confront Congressman Ney about his drinking until last February. Until he told me, I was not aware of his wife's problem with prescription drugs. Neither of them was willing to confront the other.

Many Republican and Democratic members of Congress and staff members would like to support former Congressman Ney, but because of the political climate in Washington, they dare not. I have spoken with several of them and the following is a synopsis of some of those conversations: (I have excluded names as this letter is being made public, but I would be glad to provide you with their names if you would like to verify what they have told me.)



A female Democratic Representative told me what a "good man he is" and how he reached out to help poor people because of his concern for them. A male Democratic Representative said that he and then-Congressman Ney looked out for each other because so few members were concerned about the working Americans who struggle in their district. Another Member of Congress, also a Democrat, related a time when then-Congressman Ney chaired a subcommittee. Congressman Ney gave everyone a chance to speak, to vent and to present his or her ideas. When Louis Farrakhan walked into the hearing, as this Member told me, he asked Mr. Farrakhan to speak. "There are not even many members of the Black Caucus who would have even offered him a chance to speak." One of the Members I spoke with told me how much then- Congressman Ney had cared, and how other members of congress had done far worse things. That Member told me that those members are getting off with fines and so forth, but Congressman Ney did not act in lockstep. His voting in congress angered *the powers that be* in the majority, and he is paying for it unfairly.

His housing staff cried when I went to see them—some of them veterans of the Hill for over twenty years. They said there would never be another member of congress who cared so much or who would be a better boss.

Robert Ney's dedication to the betterment of others has been a lifelong vocation. As a young adult, he was volunteer and teacher in Iran. He was the only member of Congress fluent in Farsi. He believes the path to cooperation starts with service; that our service to others builds the bridges upon which we can meet and move forward to a better future. He carried this philosophy into one of the most powerful governing bodies in the world, and he used his power in that capacity to help others. He no longer derives his power from the office he holds, but from the mettle of his character. It is my hope that you will consider returning former Congressman Ney to our society, which so profoundly needs his service.

Respectfully,

Ellen F. Ratner
Bureau Chief

Attachment: "My Friend Bob Ney" *The Hill*, October 25th 2006

# EDITORIALS

## THE HILL

PUBLISHER JAMES FINKELSTEIN

EDITOR IN CHIEF HUGO GURDON • ASSOCIATE PUBLISHER FRANCINE M. McMAHON
MANAGING EDITOR BOB CUSACK • EDITOR-AT-LARGE ALBERT EISELE
DEPUTY MANAGING EDITOR JENNIFER YINGLING • SENIOR EDITOR SUSAN CRABTREE
NEWS COMMUNICATIONS INC.
CHAIRMAN OF THE BOARD JERRY FINKELSTEIN • PRESIDENT AND CEO JAMES FINKELSTEIN

## Disharmony

There is a tradition of bipartisanship on congressional intelligence committees. Those who favor that tradition argue that Republicans and Democrats must abjure political wrangling on an issue requiring secrecy, and therefore trust, and affecting national security so acutely.

This newspaper does not axiomatically support bipartisanship. Unlike the many people who affect to seek it as though it were the Holy Grail, this newspaper believes that a carapace of bipartisanship has in the past too often been little more than a screen behind which party leaders jettison principle and cynically split the difference.

But argument over the merits of bipartisanship on the House Intelligence Committee has recently become moot; no need to discuss theoretical pros and cons on which, in practice, bipartisanship does not exist. A full-blown row has broken out between the House panel chairman, Rep. Peter Hoekstra (R-Mich.), and the ranking member, Rep. Jane Harman (D-Calif.).

Harman released a non-classified panel report last week that gave an account of how former Rep. Randy "Duke" Cunningham (R-Calif.) abused his position to funnel contracts to favored defense contractors. This infuriated Hoekstra, who said the release flouted their agreement to review the matter and not politicize it. The chairman has responded by suspending a Democratic staffer at the committee whom he blames for the unconnected leak of a national intelligence estimate on Iraq.

It is, in short, an ugly spat. But it is hardly unprecedented in the run-up to an intensely competitive election. Not coincidentally, it was two years ago, as the November 2004 vote approached, that a frost descended on inter-party relations at the House Intelligence Committee.

In July 2004, some Democrats accused then-Rep. Porter Goss (R-Fla.), who went on to become the CIA director, of dragging his feet so as to make sure findings about pre-Sept. 11 intelligence failures did not emerge to embarrass the president and Republican Party before the November vote. Harman told The Hill at the time, "I urged for over a year that our staffs get together for producing the scope of our report. I'm extremely disappointed at where we are." She also told The Washington Post, "Our oversight is broken."

It should be no surprise that bipartisanship is as difficult to achieve on the intelligence panel as on any other. This is true not just because elections have a way of dividing the two parties — especially when either one of them has a realistic shot at winning. Politicians do not make a habit of leaving stones unturned in their pursuit of power. In addition, intelligence and national security issues are prominent issues this election; why wouldn't principal congressional protagonists come to blows?

Finally, it is important to recognize that Harman has long been under pressure from her leadership to pound Republicans on intelligence. She is regarded as likely to lose her position on the panel, whether Dems win or lose the House on Nov. 7, in part because Minority Leader Nancy Pelosi (D-Calif.) reportedly believes Harman has, if anything, been too willing to be bipartisan.

So, the subject matter, the election and Harman's hope of continued influence after the election all made the Hoekstra-Harman fight likely. A GOP-Dem fight at election time — who'd have thunk it?

### THE ORANGE COUNTY
### REGISTER

One of the hottest issues of the final campaign stretch has come from a race that is noncompetitive. Democrat Rep. Loretta Sanchez [Calif.] is sure to win reelection against Republican Tan Nguyen in the 47th District, yet a letter to Latino voters from Mr. Nguyen's campaign has propelled this race into the spotlight ...

Problems started when 14,000 registered Democrats with Latino surnames received a Spanish-language letter warning that "if your residence in this country is illegal or you are an immigrant, voting in a federal election is a crime that could result in jail time." ...

Of course, immigrants who have become U.S. citizens are allowed to vote, whereas illegal immigrants and legal immigrants who are not citizens cannot vote. Nguyen's campaign said that the problem came from the translation printed in the media. The letter used the word emigrado, which was translated as "immigrant." The Nguyen campaign argues, with some substantiation, that emigrado refers to a legal immigrant who has yet to become a citizen.

... It remains to be seen whether the letter violates state voting laws as well as the federal Voting Rights Act, which ... codifies the 15th Amendment's guarantee that no person shall be denied the right to vote on account of race or color. ...

As bad as the letter is, we are a bit dismayed at how local Democrats ... have jumped on the issue. It's clearly the work of one campaign, and is not indicative of the Republican Party. Mr. Nguyen previously ran as a Democrat ... He is not a mainstream Republican candidate and has been quickly and forcefully denounced by the Republican establishment. Democrats nonetheless have attempted to capitalize on the event ...

Perhaps the issue says the most about California gerrymandering. During the last weeks of a contentious campaign where control of Congress is at stake, Californians are focused on a foolish letter sent out by a candidate in a race he has no chance to win. — Santa Ana, Calif., Oct. 24

## My friend, Bob Ney

*By Ellen Ratner*

I happen to be a proud liberal, one who gets to spout off on 300 radio stations every day. I also represent the liberal point of view as a commentator on the Fox News Channel. I oppose the policies of the Bush administration and the Republican congressional leadership (give me at least a half afternoon, and I could begin to share some of the reasons why).

Yet even in the rancid atmosphere that passes for political interaction in Washington these days, one can occasionally reach across the partisan and ideological divide to form genuine friendships with those on the other side. Thankfully, that's what happened with me and my friend, Rep. Bob Ney of Ohio.

As Republicans distance themselves from him and Democrats use him as a campaign tactic, let me say that I'm heartbroken over what's happened to him.



Former Rep. Bob Ney (R-Ohio)

GETTY IMAGES

I got to know Bob when, as a freshman congressman, he used to appear opposite me on radio programs in the Ohio River Valley. Most people know the region only from flying overhead or speeding through on Interstate 70, so the place bears description.

Bob grew up in Belmont County, along the Ohio-West Virginia border, in the area close to Wheeling that used to be called the "Steel Belt." Times were better then, as his dad, a TV cameraman, and his mother, a buyer for a local department store, raised him and his sister in a solidly working-class neighborhood. Today, 14 percent of Belmont County's residents live in poverty, 40 percent more than Ohioans as a whole. Incomes average 30 percent below the nation's, and homes sell for about 40 percent less than those statewide.

What first struck me about Bob was how much the poverty in his home region tore at him. This wasn't your typical Republican, nor did my reporter's nose pick up the cynical, "I-feel-your-pain" shallowness you often see in politicians on both sides of the aisle.

No, here was a guy who really did remember where he came from. He knew that the kids he'd grown up with couldn't afford to raise their children in quality housing, and he went to Washington determined to do something about it.

In the four years that he chaired the Subcommittee on Housing, he was relentless: 63 hearings, 22 housing bills

**THIS WASN'T YOUR TYPICAL REPUBLICAN, NOR DID I PICK UP THE CYNICAL, "I-FEEL-YOUR-PAIN" SHALLOWNESS YOU OFTEN SEE IN POLITICIANS.**

signed into law. One bill he spearheaded helped 40,000 lower-income families buy their first homes; another renovated public housing units that had become badly dilapidated after decades of neglect.

The day he lost his House chairmanship he was conducting Katrina housing hearings in New Orleans. I called him to ask how he was feeling about losing the gavel. His reply: "I'm fine, I have a roof over my head and my family. These people in the Gulf have lost everything."

You probably won't read anywhere that

Bob Ney spent his youth teaching English as a second language in pre-Khomeini Iran. He's a multi-faceted guy, the only member of Congress fluent in Farsi.

His politics were similarly nuanced and complex. He was one of only three Republicans to vote against the President's Patriot Act when it was first proposed in 2001, and he supported its curtailment five years later. "Everybody's against terrorism, but there has to be reason in the way that we fight it," he told reporters at the time. It was bold, courageous stuff from somebody whose district went 55 percent for Bush in 2000 and 57 percent for the president in 2004. I only wish some Democrats shared his courage.

Now, of course, he's pleaded guilty to corruption in office, but the Bob Ney I know refused even to use his title to get a good table at a local restaurant when the line was out the door. I only wish he'd had a chance to tell his side in a court of law — and, take it from me, there is another side to this.

Today's Justice Department, however, tries its evidence in the public press, not a courtroom, so it can't be challenged or cross-examined. Those accused of high-profile wrongdoing nowadays are put through a grueling and costly ordeal where they are held upside-down by overpriced criminal defense lawyers, who drop them on their heads once all the money has been shaken out of their pockets.

While I'm heartbroken about Bob and angry as hell about the Justice Department's slimy tactics, I don't worry about him. I know my friend will look at incarceration not as the end of the road, but as a detour, a long-overdue chance to seek help for the alcoholism that has taken over more and more of his life these past few years.

He'll be strong, and when all this is over, he'll be a better man, a better husband and father — and he'll still be my friend.

*Ellen Ratner's Washington bureau chief for the Talk Radio News Service, and is a commentator on the Fox News Channel. All proceeds of her book "Ready, Set, Talk!" co-authored by Kathie Scarrah, go to Hurricane Katrina relief.*

E-MAIL YOUR LETTERS TO LETTERS@THEHILL.COM

January 13, 2007

Mrs. EmmyLou Ney Charlton



The Honorable Judge Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, DC 20001

Dear Judge Huvelle:

Please consider this a letter of support for my younger brother, Mr. Bob Ney, on January 19, 2007. I have stood by his side and campaigned for him/with him for many, many years. Above all, I KNOW my brother's heart. I know how he thinks; I know the values and morals that make the man; I know what he truly believes and feels about his life, his family, and his political career. I also know that he is truly a good, remarkable man who has made some wrong decisions. In all of my varied avenues of life, I cannot think of anyone who has not made wrong choices at one time or another.

My brother and I were raised in modest surroundings to working-class parents. We were taught that kindness and decency were an absolute, and when we were in doubt to bend our knees and ask the Lord for his guidance. Our parents instilled in both of us that our lives were given to us for a purpose and the fulfillment of this purpose was to leave this world a better place then when we entered it. Our lives have been spent in pursuit of this ideal. I am a Registered Nurse and Bob entered into public service. We greet each day as another opportunity to help our fellow man.

Bob Ney is an honorable, dedicated man and father. He has worked tirelessly in his endeavors for his constituency often times nearly exhausting himself by coming home for a few hours to attend an important family event and then flying back to Washington to make certain that he was there to vote on significant issues. I know this. I was there. His primary concerns have always been for those who voted for him and placed him into public office. There is no question about this. One has only to review his attendance and voting records.

I am asking you for leniency for my brother. Whatever he has done is now an albatross around his neck that is a constant reminder of a bright political future, now lost because of flaws in judgment and misplaced loyalties. Knowing Bob as I do, I am certain that he will use this time in his life to reflect and re-define his goals. When all of this is past, he will continue to help and serve those around him. He can do nothing less. He knows knowing else. I have never questioned my brother's values, morals, ethics, or principles. I know that they remain pristine. His vision of a better life for all prevails. Bob Ney is an honorable man and men like him are necessary in our society.

I humbly ask that you consider and remember this letter and all of the other letters of support written on his behalf. I am not such a fool that I do not know that bad things do happen to good people. Bob Ney is the cornerstone for good people. Please allow him to remain with, re-direct his visions, and begin the journey again.

Sincerely,

EmmyLou Ney Charlton

January 3, 2007

The Honorable Ellen Segal Huvelle
United States District Court District of Columbia
333 Constitution Ave N.W.
Washington D.C. 20001
Re: United States v. NEY 06-CR-272(ESH)

Dear Judge Huvelle:
We would like to introduce ourselves
Robert and Dorothy Ney the Mother &
Father of Bob. In all of our sixty three
years of marriage we never thought
that we would be writing a letter
regarding this type of situation.
In grade school through college Bob
was a very reliable & good student.
When a senior at St. John's High School
he worked part time evenings at Cooks
grocery chain, while attending Ohio
University he was a part time employee
at Imperial Glass factory. Bob then
transferred to Ohio State University and
there took on extra work painting rooms
on campus, he has always been a hard
worker, he helped put himself thru
College. Bob entered the political
world in his home town as Safety
director and then won the seat
for State Representative against Wayne
Harp.

After serving several terms as State Representative, Bob was appointed State Senator when Senator Sam Speck retired. Bob then ran for the 18th district Congressional seat, thus had a political career of twenty six years. We know Bob to be hard working, honest, concerned about national & local issues, public service and has worked hard for his constituents. As congressman he did all in his power for the steel industry as well as industries in his district, was a huge supporter for local and federal highways, schools and veterans. He has been a member of the Bellaire Lions Club for over 30 years. Bob enjoys spending time with his family, his wife Liz, son Bobby and his daughter Kayla.

We appreciate you taking time to read this letter, hopefully we have given you some insight on many of Bob's accomplishments.

Respectfully,
Robert & Dorothy Mey
"God Bless"

01/10/07

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re: <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

Bob Ney is my uncle but that is not the reason I am writing on his behalf. My reasons are below.

I was a child when Bob began his career. I took part in the grass roots effort to get a Republican named Bob Ney elected in a dominantly Democratic region to the Ohio State House of Representatives. I participated and watched as a middle class person with a dream and drive became a State Representative, then a Senator and then a U.S. Congressman. My involvement in this part of his life helped develop not only my interest but also my respect of our political system in the United States. I grew to respect him because he asked questions, researched issues and believed in voting for what was best for the people he served and not necessarily what made him the most popular among all people or even his party. I feel because of his influence I became an informed voter. I paid attention to more then just the media blogs and party lines, and I actually looked at bills on the House floor and voting records. I became the girl that knew more about politics and proposed bills then the latest trends. I learned from him that knowledge is important and one person's influence can make a difference. I am a Social Worker by trade and what I have learned from him helped me be more effective in my career. Bob being in my life and having a strong belief in the system, gave me the confidence to believe as well. Bob made small town Americans care about the issues and that is a great achievement in my opinion.

Bob also has a true appreciation of all cultures. Growing up he taught me through his actions more then words that all people deserve respect. This in turn taught me that we should make it our business to learn about others and interact equally no matter the race, culture, economics or religion of an individual. He truly is the one that gave me a bigger picture of the world then my experiences in my small hometown in West Virginia. I believe he touched many people beyond me in this way over the years. In a time where the lack of respect of individual differences has caused so much pain, it makes me appreciate Bob more for being an advocate for this cause.

I began this letter with the intent to state political facts and talk about the need for equity in indictments and sentencing but I realized all that information is public knowledge. The information I have given is more about the impact the man made on my life and how I believe it in turn has affected others positively.

I ask you take into consideration when deciding on a sentence the good he has done over his career for the people of this country and also the undocumented acts he has done that speak to his character. In knowing the man, he has paid the highest price already in the loss of a career that was not his job but his passion.

Thank you for your time in reading my request.

Sincerely,

Lori Ann C. Zombek

**Lewis and Nellie Radcliffe**



January 2, 2007

**The Honorable Ellen Segal Huvelle**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, DC  20001**

RE:  <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

With heavy heart we write this letter to proclaim our love and support for Bob Ney. Not a day goes by that we don't think of what Bob must be going through. Our main concern is my sister and her husband, Bob's parents.

We have been reminiscing a lot lately about Bob; of course he still is Bobby to us, From bringing him and his mother home after he was born, his love of Clark candy bars when he was a kid, to hearing about his dream of becoming a public servant and of course realizing that dream.

We can only imagine what his parents are going through. To know that you cannot protect them anymore from the world and having to stand by and hope that in the end everything will be all right. We realize that we are all not young anymore with life ahead of us. Our only desire to spend time with our family and friends and wish only the best for everyone we love.

Bob is part of our family and we need him back soon, so that we may be complete again.

Sincerely,

*Lewis Radcliffe*
*Nellie Radcliffe*
Lewis and Nellie Radcliffe

**PATTI LOU MULLEN**



**January 2, 2007**

**The Honorable Ellen Segal Huvelle**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, DC  20001**

**RE:  United States v. Ney, No. 06-cr-272 (ESH)**

**Dear Judge Huvelle:**

I am writing this letter in support of Robert (Bob) Ney. Bob is a good man who always wanted to make a difference, not just sit back and complain but actually do something about it.

My family and I have followed his political career from the beginning with pride and admiration for the work he has accomplished in making Ohio a better place for the people who live there. The Majority continues to believe in him.

Bob has always been the first to jump in and take care of business, putting the welfare of others before his own. Even now his main concern is for his family. His parents, who have stood by proudly through their son's life watching him grow to become a good honest man, need him. His children, whom he has raised to be good productive citizens, one in college one in the Armed Services, need him. We all need him.

I know the choices we make in our lives have consequences, however we must take into consideration the percentage of good versus the bad before we decide that they are no longer viable to us.

I hope your Honor will consider my statements when sentencing Bob.

**Sincerely,**

*Patti Lou Mullen*
**Patti Lou Mullen**

To: The Honorable Ellen Fegal Huelle
United States District Court For the District of Columbia
333 Constitution Avenue NW
Washington D.C. 20001

Thru: Mark H. Tuohey III
Vinson & Elkins L.L.P.
1455 Pennsylvania Ave. NW
Suite 600
Washington D.C. 20004-1008

RE: U.S. vs. Ney No. 06-CR-272-ESH

Dear Judge Huelle;

I have known Bob Ney since his birth. I was his Sponsor when he was "Confirmed" in the Catholic Church and watched him grow from a baby to adulthood and through his entire political career.

Throughout this time I have known Bob he has always demonstrated the highest standards of Character. He has always worked for the best interest of his constituents through many countless and thankless hours in office. Bobs interest in National Issues has always been beyond reproach. His integrity in dealing with local as well as National Issues places him in the highest standards of political efficiency.

Because of his unquestionable and outstanding years of performance that benefited thousands of constituents in his political area and because of his untiring efforts to do what was and is best for the American People in this time of terror and threat, I would implore you to grand Mr. Robert "Bob" Ney a pardon with the stipulation that he continue to do what is best for his family, his country and his God.

Sincerely,

Richard Keyser

January 3, 2007


The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001
Re: United States v. Ney, No. 06-cr-272 (ESH)


Dear Judge Huvelle:

I am writing in support of Mr. Bob Ney and would like to give you my perspective on the former Congressman and dear friend from a unique point of view. From November 2005 until December of last year, I served as Mr. Ney's Executive Assistant and subsequently, as his Chief of Staff. As his Executive Assistant, I was with Mr. Ney everyday, often working long hours and weekends out of his Washington D.C. and 18th Ohio Congressional District offices.

During my time with Mr. Ney, we traveled to hundreds of town and district gatherings. The events that stick out in my mind occurred during recess periods from Congress and on the weekends, as he would travel back to be with his family each week. When I started with Mr. Ney and began to meet people throughout the district, they would often pull me aside and explain how much they appreciated what Mr. Ney did for the 18th Congressional district and the State of Ohio. Whether it was helping to secure federal funding for new or improved highway systems or assistance with a constituent case, I was consistently reminded of the positive impact he had throughout his tenure of public service.

It would be easy to stereotype these actions as nothing but selfish acts in hopes of political success, but Mr. Ney has always been humble when accepting praise for these actions, reminding people that they elected him to that position to help them. It quickly became clear to me that Mr. Ney was a Congressman for the right reasons, always putting his constituents first in hopes to improve their quality of life.

Shortly after I started with Mr. Ney, I traveled with him and the Congressional Subcommittee on Housing and Community Opportunity to New Orleans Louisiana for field hearings in the wake of Hurricane Katrina, as he was Chairman of the Subcommittee at the time. As we boarded the plane to depart for New Orleans, I asked how many field hearings had been conducted after Hurricane Katrina. He informed me that we would be holding the first Congressional hearing to the devastated area.

As Chairman of the Subcommittee, Mr. Ney realized the needs and critical public housing situation facing the residents of New Orleans. After a three hour bus tour of multiple public housing developments and a seven hour hearing, it once again became clear that Mr.

Ney was a Congressman for the right reasons—though this time it was for the greater good of the people of New Orleans, hundreds of miles from his own district. During our visit he went out of his way to meet as many people as possible to discuss their situation and what could and should be done to assist people who relied on public housing.

Another part of Mr. Ney's duties that he valued so much was giving tours of the Capitol and House Chambers to school groups that would visit from the 18th Ohio District. Working with our staff, Mr. Ney provided thousands of middle and high school students the opportunity to visit the Chambers and learn about the rich history of The United States Congress and The Capitol Building.

From when he first entered Congress in 1995, Mr. Ney would annually give the most tours of all members of Congress, and would gain high praise from the children and chaperones who attended the tours. As mentioned before, it would be easy to stereotype these acts as nothing but political gain, but he truly did it for the children who attended in order to provide them the unique opportunity to visit the Nation's capitol.

Mr. Ney was also very adamant about involving his staff in coordinating and participating in these tours. His devotion to the history of the House and Congress gave his staff a sense of pride as well, always reminding us that we worked for the people of the 18th District. I can personally tell you, having participated in these tours, that the children and chaperones truly appreciated everything he did to accommodate them during their stay in Washington D.C. To highlight the selfless actions of Mr. Ney, I have attached a letter from a constituent that appeared in a newspaper in the 18th district.

In closing, I cannot say enough about the true character of Bob Ney. It has been an honor to work under and with him to help improve the lives of the residents of the 18th District, and in turn the State of Ohio and the rest of our nation. He is a loving and caring family man and a devoted public servant to the people who elected him. I was simply fortunate enough to see the selfless acts first hand as one of his Congressional aides.

Sincerely,

David M. Popp

Enclosure



# The Athens NEWS

**Athens County's Only Locally Owned Newspaper**

Athens Realty — AthensFinestHomes.co

Awni Mikha

## Opinion

**CLICK HERE to Place Your FREE Classified Ads!**

The Athens NEWS My Classifieds

The power of classified advertising at your fingertips...

Search Archives
10 results
Stories
Search

Home

News

News Articles

Entertainment

Letters & Opinion

Features

Special Sections

Obituaries

Archives

Ohio News

Street Team

RSS Feed XML

Classifieds

Notices

Employment

Rentals

Real Estate

Supplies

Merchandise

Attractions & Recreation

Vehicles

Submit Classifieds

Classifieds Staff

Classified Rates

Advertising

### Letter: Ney was knight in shining armor for kids stranded in U.S. Capitol

*Monday, June 19th, 2006*

Post a comment || Email this article

..............................................

Congressman Ney to the rescue!

I am probably one of the most patriotic people east of the Rockies. I live and breathe the American Dream.

**search deals**

Categories ◀ ▶





Sterling Silver With Cz And Pearl Bow

**$75** Buy Now

Great Price

Great Gift Ideas!

amazon.com

I spent 11 days in May as a tour guide in Washington, D.C. I was continually reminded of the greatness of our country and was thrilled to share my patriotism with nearly 500 people from Ohio.

Last Thursday, my group of 84 students was scheduled for a tour of our nation's Capitol Building.



Case 1:06-cr-00272-JDB   Document 16-2   Filed 01/18/2007   Page 2 of 3



Advertising Staff

Display Media Kit (PDF)

**Resources**

Links

Submissions

FAQ

**Contact us**

About Us

Letter to the editor

Webmaster

Contact us

There were two bad accidents in Washington that morning, and the two main roads into the city were blocked.

The detour took an hour and half, so the kids missed their Capitol tour.

I was devastated for them. It was my patriotic duty to get them into the Capitol.

I called Congressman Bob Ney that afternoon. His staff was gracious but assured me there was nothing the congressman could do. He was back in Ohio, and Congress was in recess. I gave his aide my name and number and begged her to convey my desperation to Congressman Ney.

Bob Ney personally called me on my cell phone within 30 minutes. He assured me he would take a flight out of Columbus that night and meet the kids at the Capitol the next morning. We were all thrilled.

What Congressman Ney did next gives him "White Horse Status" in my book.

It stormed so badly in Columbus that his flight was cancelled.

So Bob Ney and his aide drove through the night to Washington. They arrived about 4 a.m., slept in his office and met those kids at 9 a.m.

Many times people say they care about the kids. Congressman Ney showed 84 people that day that our leaders do care enough to go above and beyond the call of duty.

The most amazing thing is that the school the kids represented isn't even in his district.

Congressman Bob Ney's actions that day spoke volumes in the hearts of 84 people from Ohio.

Violet M.L. Cummings

Cambridge



200

Katie Harbath



December 13, 2006

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re: <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing to express my support of Bob Ney and the kind, caring and hard-working man he is. Bob is one of the best bosses I have ever had, and he's a man who always put the needs of his constituents and staff before his own.

I worked for Bob from October of 2005 until September 2006. After a short-time on the job I was amazed when he personally gave me a call to make sure I was settling in well and to ask if there was anything I needed. And, after my first visit to his district I started to really realize how seriously Bob took his job as a public servant and how good he was at it. This realization is one of the reasons I moved to Ohio to work on his re-election campaign.

When I made my first trip to the Ohio 18th District I found people there love him -- for good reason too -- he cares. He calls them when they're sick, he sends congratulations when they get married or have a baby and he does everything he possibly can to solve any problems they may have. Bob has the highest respect for every single one of his constituents and he never took their support for granted. One of the best examples of Bob's dedication to his constituents is the school tours he does for students. Every year he personally gave tours of the U.S. Capitol to thousands of kids and took them on the House floor. This past year I was truly impressed when I heard he and an aide drove through the night to Washington from Ohio so they could take a group of kids on a tour after they had missed theirs the previous day due to traffic. Even more, the kids were not from Bob's district, but he still drove through the night so they could see the Capitol. This kind gesture prompted the tour's leader, a known Democrat from the area, to write a letter of support about Bob's kind gesture to all of Ohio's newspapers.

Bob driving overnight to give a school tour is only one of very many examples of his dedication and respect for the residents of Ohio's 18th District and beyond. Bob was not a Congressman who stayed in Washington and rarely got back to the District. He was an integral player in his community. When I was working on his re-election campaign many voters told me they were supporting Bob because he showed up to their child's Eagle Scout graduation when no other

politician had, because he had helped them get money for a community project or had helped them with their Medicare. He made that phone call personally to hear how someone was having problems and what he could do to help. He cared and helped – all his constituents could ask of him.

Personally, Bob is one of the kindest people I've ever met. He always took the time to make sure things were going well for me in my job and in my personal life. He was a good boss to me and is a good friend. These are the qualities I will always remember of him and what shows the true man he is.

Sincerely,

Katie Harbath

January 1, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

      Re:  United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing on behalf of Robert (Bob) W. Ney who is scheduled to appear before you for
sentencing on January 19, 2007. I have known Bob for over nine years and have had the
high privilege to witness first hand his work ethic and dedication to his family and the
people he was elected to serve.

Having worked for Bob from December 1997 to January 2001 in senior positions in his
office, I spent countless hours traveling between Ohio and Washington, DC, traditionally
via car, in order to save the taxpayers the cost of airfare. During those five-hour drives
(one way), Bob was always working on behalf of the constituents of Ohio's 18th
Congressional District. He constantly checked voice mail, returned calls to people who
needed help and reached out to elected officials to see how he could help them and their
cities and towns. Often Bob would leave his office voicemails at 3:00 AM in order for
staff to follow up on important matters first thing in the morning. When it came to the
people who elected him, he didn't care if they were Republicans, Democrats or
unregistered voters, he made sure everyone received a return call and their problem was
addressed to the best resolution possible.

In order to understand Bob, you must understand that he never forgot where he came
from. Putting his constituents before his personal life, often missing family events to
keep commitments his staff had booked for him, Bob was the consummate professional.
Bob never spent a weekend in Washington regardless of what was taking place, he
preferred to be in Ohio amongst the people who elected him.

Bob was respected by colleagues on both sides of the aisle in Washington, forging lasting
relationships with the most unlikely of allies such as Congresswoman Maxine Waters of
California. The two could not be more ideologically different, but Bob believes that
everyone deserves the same respect and that belief is what allowed him to achieve so
much success in Washington.

I had the privilege of spending 20 hours a day with Bob seven days a week for over three
years. In that time, I learned more about life, people, politics, friendships and the
importance of family than I ever could have imagined. Bob served as a mentor to me, as
a surrogate father, and as a best friend all in one. No one can make excuses for what has
occurred but I know a different Bob than what is portrayed in media accounts.

I know the Bob who wants to be home with his family and not attending another political event. I know the Bob before he became Chairman of a powerful Committee in Congress and was befriended by people who didn't have his best intentions in mind.

I know the true Bob Ney and I ask you to consider all he has done for his family, his friends, his colleagues, and his constituents in totality when you issue your sentence. There is no question in my mind that the people of Ohio are better off because Bob Ney served them over a twenty-five year career than if Bob would have stayed in Iran to teach English to underprivileged children.

Before you sentence Bob, I hope you will consider all the good that Bob Ney brought to the Ohio valley, a severely depressed region of the country; all the time he missed away from his family in order to serve the people of Ohio and the sacrifices he made for a truly thankless job. I can assure you that during my tenure as his employee, Bob Ney was the hardest working man in Ohio and Washington. I can further assure you the work that he did and the decisions he made were done with integrity and the highest regard for his office and those he served.

Thank you for your consideration.

Sincerely,

Corey R. Lewandowski
Former Administrative Assistant
US Congressman Robert W. Ney

David Duncan



January 16, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

      Re: <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

During most of my time as a member of the staff of the Committee on House Administration, Robert W. Ney was the Chairman of the Committee. As a committee staffer, I had the opportunity to work closely with Mr. Ney, and I learned a great deal about him. It is my hope that this letter will aid in the provision of insight into Mr. Ney's character.

Service was something on which Mr. Ney placed the highest priority. Specifically, he recognized and cherished his duty to serve the people of Ohio's 18th Congressional District, as well as all American people. These were responsibilities he took very seriously. Obviously, such a commitment is reflected in his voting record, as well as his other official actions, taken in various committees and other official positions. He recognized that it was his duty to give a voice to some of the poorest, most disadvantaged people in our country, and he excelled in fulfilling this responsibility.

Excessive pride is an attribute which appears to be far too common among elected officials. However, Mr. Ney is different. He is truly one of the most humble people I have ever met. Further, Mr. Ney exhibited genuine care and concern for those who placed their trust in him. He is truly a selfless man and is, in fact, one of the most generous people I know. Indeed, he is one of the few people who truly know what it means to *sacrifice* and to *serve*.

Mr. Ney is a man of integrity and outstanding moral character. In all his actions, he strove for honesty, transparency, and fairness. It was his goal to have these values reflected in our government. It is unfortunate that his work was cut short.

When met with a Congress without Mr. Ney, we all experience a loss.

      Sincerely,

      David Duncan

# DANIEL JACOB FORAKER "JAY"



December 20, 2006

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re: <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing to express my support for former Congressman Robert W. Ney. It is a privilege to offer you a broader perspective of Bob's character and his service to his constituents, as I am sure many others will. A native of his 18th District in Ohio, I had the good fortune to serve as an intern in his Washington, DC office during the summer of 1998.

Briefly, I would like to tell you why I was the luckiest intern in Washington that summer, thanks to Bob Ney. As a manager, Bob created a convivial and open work environment in which all were urged to cooperate for the common good of constituents. One of my tasks was to answer phones, and Bob always insisted that constituents who asked to speak with him directly were put through to him. This was a stellar example of an accountable public servant, and a trait that I strive to emulate in my own career.

Bob personally saw to it that I was included in staff meetings and activities, and went the extra mile to introduce me to other Members of Congress and attend events where I would have an opportunity to learn. From House Republican Conference meeting to Congressional Steel Caucus events, my internship experience was educationally enriching and personally fulfilling thanks to the integrity and concern of Bob Ney. As I got to know other congressional interns, my experience stood in stark contrast to that of many others whose less-fulfilling experiences were largely due to their respective Members' inflated egos. Bob Ney has earned my lasting respect for being a down-to-earth, hard-working and honest man.

I hope that this letter has allowed you to see a fuller picture of Bob Ney as those of us who have been lucky enough to work for his have seen. Thank you for your time and consideration.

Sincerely,

Daniel J. Foraker "Jay"
Luckiest Intern in Washington, DC, Summer 1998



The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, D.C. 20001

Re: *United States v. Ney*, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

When Bob Ney was a State Senator in Ohio, I served as a staff member for a committee of his. We have kept in touch in the intervening years, and I have followed his Congressional career as closely as can be done from New York. He has been as hard-working a legislator as I have ever worked with or observed during over 20 years as a staff member and consultant in about a dozen legislative bodies. A notable aspect of his years as an elected representative has been his dedication to the interests of his constituents and his political party, in that order.

I believe he still has much to contribute to American society, and I don't suppose he can achieve this if he's locked up for however long he can be locked up for. I don't wish to downplay his offenses, but it seems to me that if he must do some time, it might be made minimal in exchange for any of several forms of community service that he would be able and willing, and probably glad, to perform.

Cordially,

James D. Kent, Ph.D.
Assistant Professor of Public Adminstration

January 10, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 2001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle,

My name is Dan Lipperman and I am writing to you in regard to Mr. Bob Ney. I feel compelled to discuss with you my relationship with Bob and the person I know him to be. I have been fortunate enough to know him on a personal and professional level. Bob hired me in 1992 as a Field Representative when he served in the Ohio Senate. I worked in the capacity of Campaign Coordinator for his congressional bid in 1994 and held the position of District Director as he was elected to Congress in 1994. In mid 1996 I decided to take another position with a state agency in Ohio.

I cannot begin to explain the depth in which I witnessed this man take a personal interest in making better lives for the constituents of his district. Bob is known for his compassion in dealing with his constituents and has a reputation of non-partisan representation in Ohio. The support and respect he has garnered over the years to this day amazes me and makes me proud that I had an opportunity to witness it firsthand.

On a personal level, and as a father of twin boys, Bob helped me to successfully balance both fatherhood and career. I have remained close friends to Bob and truly do not know where I would be professionally and personally without his guidance. He gave me an opportunity as he did with so many other employees, to help make a difference in the lives of countless people. I will always admire Bob Ney for all the good he has done for this area. I am and will always be grateful for his friendship.

Sincerely,

Daniel T. Lipperman

January 12, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: United States v. Ney  No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I had the privilege of working for Congressman Bob Ney for four years, both in his
district and Washington, D.C. offices. I also volunteered on his campaigns. During that
time, I served as an assistant, legislative correspondent, scheduler and deputy press
secretary. This experience allowed me to have first-hand access to the multitude of work
and responsibilities in his daily life. I answered phone calls and read letters from
constituents grateful that he provided them with information on legislation or for a child's
school project, or took them on a tour of the U.S. Capitol. I also was aware of countless
individuals and families that he helped maneuver the governmental bureaucracy by
aiding and expediting their Social Security or Veterans claims.

I was there early on many mornings when he made it possible for literally thousands of
school children on class trips to come into the Capitol and visit with us on the House
floor. We all got up early each of those days to show them around and allow them time
to ask the Congressman questions and learn about government.

Congressman Ney was the kind of person that it was easy to work hard for because you
knew that he was working just as hard, if not harder, on behalf of the people he
represented. I believe he took that responsibility very seriously and that the people he
represented are better off for having elected him.

I hope that you will take this into account as you consider his up-coming sentence.

Sincerely,

Joy Lutes

01-05-07

The Honorable Ellen Segal Huvelle
United States District Court for District of Columbia
333 Constitution Ave. N.W.
Washington, D.C. 20001
Re: United States V NEY 06-CR-272 (ESH)


Dear Judge Huvelle

We are writing in regard to Bob Ney. Bob comes from a hard working religious family. We have been neighbors and friends since Bob was a young boy and watching him grow into a good young man. Now is the time for the people to help him. We were with him when he took his oath of office in Columbus & have worked with him on all of his elections because we thought he was the right person for the job.

Bob did many good things for this area. He was instrumental in getting a sports center & auditorium for Ohio University Eastern college and was honored by naming it after him. His name has since been taken off which we don't think should have happened. He worked hard to get this building for the school and this area.

All of us have made mistakes and regret them but hope to get a second chance.

We are just common regular people but that's the kind Bob worked for while in office. He is truly

(over)

a good person.

Sincerely,
Mrs. Clyde Frey
Mr. Clyde Frey

**Michael L. Wallace**



January 10, 2007

The Honorable Ellen Segal Huvelle
United State District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, DC  20001

Re: United States v. Ney, No. 06-CR-272 (ESH)

Dear Judge Huvelle:

I am writing as a friend and supporter of Robert W. Ney and ask you to consider my favorable view of his character, work for constituents and public service.  I am aware of the specifications, and do not condone those actions that have led to the guilty plea entered. At the same time, my disappointment at those lapses in judgment are tempered by my personal observations and contact with Bob Ney for over 25 years.

I was a member of the Bellaire Fire Department in 1980 when newly elected Mayor Mary Fitch appointed Bob Ney Director of Public Safety.  Mr. Ney was solely responsible for the executive management of operations of the Police, Fire and (then separate) Emergency Squad, all for the grand total of $150 a month.  To say that Mr. Ney took his responsibility seriously would be a great understatement.  He would be at the city building everyday, and most evenings would stop by the fire department or ride-along with the police to observe.  If there was a fire at 3:00 A.M., Bob Ney would show up to check on his people, help roll up fire hose, or on occasion authorize drinks and sandwiches for longer duration fires.

Bob Ney worked to improve training, salaries and equipment and backed up his words in the city council budget sessions.  He was the finest, most "hands-on" safety director I had through over thirty years in the department.  After election to the Ohio House, he was still an avid supporter of public safety and worked on many different pieces of legislation affecting police, fire and Emergency Services.  I regularly heard from my counterparts at Fire Chief meetings that Bob Ney was a friend of the fire service. My brother Robert, a retired police officer, told me of pieces of legislation championed by Bob Ney, but for the benefit of law enforcement.  Some were small such placing the county name on license plates, others were larger.   Bob Ney was responsible for legislation making the assault of a police dog a felony when he learned from a local deputy sheriff K-9 handler of problems.  In the routine checking with officers about the benefit of the K-9 protections, my brother told him that human officers did not even have that protection.  This led to changes designed to protect police officers by making assault on them a felony, and even made it a crime to grab and officer's weapon.

Bob Ney was a champion of those in rural and semi-rural areas.  At the time, Bellaire was a paid, professional fire department; we were an exception, being the only such agency in the county.  He recognized the impact on volunteer fire departments as populations declined at the same time of increasing demand for Emergency Medical Services.  His response was to provide state money for police, fire and medical technicians so that poor rural agencies could get training money.  He also helped shape rules for volunteer medical technicians to stem the loss of members who were frustrated by onerous state requirements.

On June 14, 1990, record rainfall in the Pipe Creek, Wegee Creek and McMahon Creek areas of Belmont County led to 26 deaths from flash floods as walls of water over 20 feet high swept down the narrow valleys and swept entire houses away.  One of the first to call was Bob Ney, who was able to cut through red tape and get immediate authorization to utilize equipment from a local Army Reserve Engineer Company.  That was followed by his assistance in getting the governor to declare a "disaster" and assisted in obtaining other state resources to deal with the largest natural disaster in the history of the county.  Bob Ney never quit asking what was needed, and always followed up.

Later, Bob Ney was elected to Congress, but I never saw a change.  He was still the guy wearing jeans and having coffee at the Rigas Restaurant.  Even as a Congressman, he returned phone calls from the average person, not just his buddies.  He had the best constituent work in the Congress and personally helped on cases.  Most of Belmont County and his old town of Bellaire were lost with the redistricting after the 2000 census. In spite of that, Bob Ney still took calls from his old district and never forgot where he came from.

Bob Ney and his family have often visited with my mother on Christmas Eve and still asks about her "Italian Wedding Soup".  He was a proponent of the Veterans Living History Project, I feel, in part to some of the stories of World War II told to him by my father prior to his death.

Bob Ney stood up for public safety long before September 11 made it popular.  Bob Ney stood up for workers and against his own party when he joined "Stand Up For Steel" and helped save our entire local steel industry.  Bob Ney has repeatedly stood up for the people of the current (and former) 18th District of Ohio, and the good things he has accomplished in over a quarter century of public service should serve in mitigation of the wrongs that were done.  I ask for you to exercise your discretion and be lenient to a man who has done so much for this entire area.  Thank you for your consideration.

Sincerely yours,

Mike Wallace
Fire Chief, *ret.*
Bellaire Fire Department

January 8, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: <u>United States v Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:



I have had the good fortune to have known and worked professionally with Bob Ney for over 22 years. My professional dealings with him began when he served as an Ohio State Senator and continued into his work as our U.S. Congressman. As Congressman he represented a majority of the area my agency serves and I lived in his District.

From my early days of working on issues with him here in Ohio, I was impressed with his dedication to serve the constituents he represented. He was *the leader* in the State Senate who moved forth the State legislation that created a Governor's Office of Appalachia so that residents in this forgotten part of Ohio would have a voice in State government. He was always accessible to meet with our low-income constituents and help address their needs in State budget issues. He was non-partisan in his approach, sensitive to their unique culture, and courageous enough to take stands in opposition to his own party when it was in the best interests of his constituents.

In 1994, our agency conducted a Capital Campaign to construct a larger Foodbank so that we could provide more recovered food product to the local church pantries and feeding organizations. Bob assisted us with acquiring State funds to help with that project. But in addition, he and his family made a personal monetary pledge to the campaign even though he did not live in our counties. That act was the first sign to me of his sensitivity and desire to help low income residents who were hungry. It was only one of many acts I would notice in future years.

● Page 2                                              January 8, 2007

Throughout his career as our Congressman he chose to be on Congressional subcommittees that dealt with low-income housing issues. He was the first to involve us in field hearings and to make personal visits to low-income homes to gather facts so he could influence legislation and budget matters that would improve low-income housing. Again, his own political party did not always endorse his actions but he did what was right for his constituents.

This past year, while enduring the stress of the public investigation on his actions, he never ignored his duty to his district constituents. I was honored to host him for a full day of visits to low-income residents' homes in our counties. He wanted to learn about the Low Income HEAP program that assists with their high heating bills, the federal weatherization program and their housing needs. His sincerity and ability to relate to them in their homes was admirable. This visit reinforced my respect for his true dedication to public service. In fact the timing of this event immediately before Christmas day put his personal family needs in back of his constituents needs.

I can appreciate Bob's willingness to own up to his errors and personal problems and to accept just punishment. It is another example of his personal integrity and true moral character. His dedication to public service and excellent accomplishments for low- income people over these many years should not be ignored in a true evaluation of his character. His 22 years of contributions to the people, projects and improved quality of life for his constituents are impressive.

Southeastern Ohio is a better place to live because of his public service. I would ask you to reflect on this, as you make your judgment.

Sincerely,

Bob Garbo
Executive Director

January 16, 2007

Gary F. Obloy



The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

                  Re:     United States v. Ney, No.-06-cr-272 (ESH)

Dear Judge Huvelle:

I would like to being by saying thank you for the taking the time to read this letter. The content of which expresses my thoughts and opinions about a person who I consider to be a friend and colleague.

I have known Bob Ney for over 30 years. We first met at St. John's Central High School in Bellaire, Ohio. For a brief period, we both attended Ohio University's Eastern Campus. Our educational goals took us in slightly different directions. However, in the early 1980's, our paths crossed in the public arena. At the time, Bob was a member of the Ohio House of Representatives and I was beginning my employment with the Community Action Commission of Belmont County, a private non-profit organization whose mission is to alleviate the conditions of poverty. The roads remained on a parallel course, as I continued my work as the Executive Director for the Agency and Bob's career ascended to the U. S. House of Representatives.

Our involvement in public service may come from different perspectives; nevertheless there remains a common desire to make a difference in the society and the world in which we live. I'll never forget that as a freshmen legislator, Bob agreed to support a bill that was critical to Community Action Agencies throughout the State of Ohio. And, throughout his career, he continually showed that he cared about those who are less fortunate by supporting and by voting for programs that helped people with vital life needs such as energy assistance, housing, and in giving a local voice to federally funded programs. It is important to note that the community action movement has not always endeared itself to all political parties, and at times, the expression of support for community action, was as odds with the espoused positions. Nonetheless, Bob time and again sought to help those whose voices often were not heard.

On a personal manner, Bob took time from his demanding schedule to call me to express his sympathy at the passing of my parents. It wasn't something that he had to do; rather it was something that he wanted to do.

Bob Ney truly is a caring and compassionate person, and I am privileged to know him. We have all made mistakes in our lives. And, we all need to be forgiven for our short comings. Bob has admitted his mistake and I'm sure that he understands and accepts the consequences. My hope is that he will be given the same consideration that he time and again has shown to others in trying to make this society and this world a better place in which to live.

Should you have any questions for me, please feel free to call me at ████████

Sincerely,

Gary F. Oslby

January 10, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I have known Bob Ney for over 10 years and consider him a friend. I first met him while he was a member of the Ohio legislature and the first licensing act of mortgage brokers was passed. When he moved to the US Congress he continued to show concern about and the need to regulate the mortgage industry to protect the American homeowner.

The Ohio Association of Mortgage Brokers worked with Bob on a Habitat of Humanity project in his district. More than just showing up for the ground breaking, Bob put in "sweat equity" when back in his district. He actually picked up a hammer to help the house to be completed before the holidays. No cameras, no publicity, just helping make one more family homeowners.

From the day he became a member of Congress he showed a great interest in protecting homeowners and in particular, those who would be most vulnerable to predatory acts. In 1999 he personally took on the issue of predatory lending.

He recognized the danger of not addressing the issue years before anyone else. Bob was at least 3 years ahead of everyone else in working to protect the most vulnerable.

Bob introduced the "Consumer Mortgage Protection Act of 2000". Although it did not become law, many of its parts were adopted by states and the industry. The practice of charging for very expensive pre-paid credit life insurance was discontinued by most of the sub-prime industry and prepayment penalties were either eliminated or drastically reduced. These actions by themselves saved American homeowners millions of dollars.

He pushed for legislation to regulate  and require a national registration of mortgage brokers and although the National Association of Mortgage Brokers, of which I am the Immediate Past President, opposed it, I personally appreciated his actions, because I knew that his only purpose was to protect all homeowners from scam artist who could threaten the home that many had worked so hard for.

On more than one occasion we talked about this passion he had to protect those homeowners who had worked so hard to own a home. He would talk about how

owning a home was part of the American dream and that to many people, buying a home was when young people would feel not only had they had become an adult, but also that they now owned part of America. He would talk about how becoming a homeowner naturally led to wanting their communities to be better places to live and though that make America better.

While I did not always agree with Congressman Ney, I could understand and respect his positions. I feel that Bob was a good, no, superior public servant. He cared about the people he was sent to congress to represent and about making America a better place to live. I know that somewhere along the path that he lost his way. I also know that to his last day he worked to make America better, and just as he has done his entire adult life, that he will find a way to work with people to help them have a better life. And I will be there, a friend willing to help him anyway I can.

Respectfully,

Jim Nabors



12 January 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

My name is Russell Kline, and I am the preacher for the Madisonville Church of Christ, in Madisonville, Kentucky. I first met Bob Ney, when he was elected to congress for the first time. I was still living in Ohio, and was preaching for the Chandlersville Church of Christ, in the southeastern part of the state. My brother in law, the late Joseph Rose, campaigned for Mr. Ney, and was hired to work in a district office after the election. My brother in law introduced me to Mr. Ney, when I was invited to lead the invocation at the first district agricultural forum, in Zanesville, Ohio. My own impression of Bob Ney was that he was an energetic public servant, who cared deeply for the people he represented. He gave my brother in law an opportunity to do work that he loved, and he gave him a chance at a career that he would not otherwise have had. My whole family loved Bob Ney for his compassion, and for his trust in the people who worked in his office.

I was most impressed with Bob Ney, when I witnessed his conduct in April of 2003, when my brother in law died suddenly of heart failure. The support he gave to my family—especially my sister in law—was nothing short of extraordinary. He personally made sure that my sister in law received every benefit to which she was entitled, and he offered genuine consolation to my mother and father in law, when their grief was overwhelming. I have always believed that the best way to judge a man's integrity is not to see how he treats his superiors, or even his equals, but rather to see how he treats those who are beneath him. I am persuaded that Bob Ney is an honorable man, who treats everyone with the same dignity.

I have been preaching the gospel of Christ for almost 20 years, and I have dealt with many different kinds of people. While I do not claim to have perfect knowledge of Bob Ney's character, I do feel that he is a good and honorable man, who has always acted with the best of intentions. It is my sincere hope and fervent prayer that he will continue to be a productive member of society, and that his freedom will not be curtailed.

Yours, for the glory of God,

Russell M. Kline

A Christ Preaching–Bible Teaching Church

Darcee dela Cruz

January 13, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

RE: United States v. Ney, No. 06-cr-272(ESH)

Dear Judge Huvelle,

I am a Senior at Union Local High School writing to you in support of Bob Ney. He has always been a second father to me for fifteen years now. He is a gracious dignified man, who is always trying to find ways to help others out.

I remember as a child how Bob would take his daughter, Kayla, and me to state and local fairs. He participated in parades, and was consistently making his rounds to the different cities in his district. He has never forgotten our family at Christmas and has always been available in times of need. Even though he has been busy serving our country, first, a Senator, then Congressman, he has constantly found time in his busy schedule to spend with us.

I have encountered two special experiences that some people may not get to see in his or her lifetime. During my 8th grade field trip to Washington D.C., Bob made it feasible for our class to explore the Capitol Building and experience the beautiful Supreme Court. During President Bush's re-election, Bob made it possible for me to meet him.

Perceptively, Bob is a very humble and generous man. Making mistakes are a part of life and we all make them. I believe Bob has suffered enough through everything the media has acquired, and primarily giving up all of his accomplishments and his representation as the 18th District's Congressman.

Thank you very much for your time and deliberation.

Sincerely,

Darcee dela Cruz



January 9, 2007


The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:     United States v. Ney, No. 06 - cr - 272 (ESH)

Dear Judge Huvelle:

I am writing in support of my good friend, and former United States Congressman, Bob Ney. I first met Bob at a Jaycee (Junior Chamber of Commerce) meeting in Bellaire, Ohio in 1980. At the time Bob was our State Representative and we were in town for the purpose of forming a new Jaycee Chapter. With Bob's support, and the fact that he signed on as a Charter Member, the chapter grew to become an active community service organization within the city of Bellaire.

Even though we went our separate ways Bob and I kept in touch over the next fourteen years. He continued his service in the State House as a Representative and later as our State Senator, while I went on to become President of the Ohio Jaycees in 1984-85, and then Mayor of the city of Dover in 1992. When Bob ran for Congress in 1993, I was proud to sign on as one of his most avid supporters.

As Bob served the 18th Congressional District of Ohio I frequently traveled to Washington to meet with him on various issues of importance to the City of Dover, and the Ohio Municipal Electric Association, (OMEA). As President of the OMEA (1999 - present) I have had many opportunities to serve as the voice of Public Power in both the state and national arenas. Bob' assistance was crucial in our efforts to ensure that Public Power entities were treated fairly during the Re-authorization of the Clean Air Act. Bob also afforded me the opportunity to testify at a hearing on the Kyoto Treaty regarding the detrimental effect adoption would have on small Public Power Communities such as Dover. Additionally, Bob's assistance during my two (2) appearances before a U. S. Senate Committee on the Environment was critical in obtaining a deferment to entities generating 25 MgW or less electricity.

The greatest impact Bob has had on the City of Dover is the fact that he earmarked $12,100,000.00 for the construction of a new Interchange, at Ohio Avenue and Interstate 77 in the northern portion of the city, in two (2) separate Federal Highway Bills.  This money, along with appropriations the City of Dover and the Ohio Department of Transportation has set aside, will provide a additional point of ingress and egress to the city from I-77.  This project will ease traffic congestion at the I-77/State Route 39 interchange, which is the "Gateway to Amish Country", it will provide for substantial growth of Commercial and Industrial properties, but more important, it will provide access to over 400 acres committed to residential growth in the north and west areas of the city.  Construction of this interchange is scheduled to begin in 2008, and without the monies set aside by Bob Ney this project would never have become a reality.

While in Congress, Bob's constituent services were second to none.  He was home in the district almost every weekend, he held public meetings to listen to the thoughts of the people he served and went out of his way to accommodate even their smallest needs.  He was responsive, he communicated and he cared deeply for the people of the 18th District.

The most impressive side to Bob is the fact that even though he was a United States Congressman, Bob was still the same person I first met in 1980.  He was always congenial, he was genuine and he was, and always will be, a true friend.

No Bob is not perfect, he has made some mistakes and errors in judgement, but he always had the best interests of his district at heart.  It goes without saying that I wholeheartedly continue to support Bob and I request you consider this throughout your deliberations.

My Best Personal Regards,

Richard P. Homrighausen
Mayor


RPH/dim

Nancy J. dela Cruz



January 9, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

RE: United States v. Ney, No. 06-cr-272(ESH)

Dear Judge Huvelle,

I write to you in support of my dear friend, Bob Ney. I have known Bob for more than fifteen years. I first met Bob when he and his family moved into our neighborhood in St. Clairsville, Ohio. Our children were of the same age and our families quickly became friends. Bob was a State Senator at that time. Although he was a "VIP" to our community, he was a friend and just a "normal guy" to us.

Bob never lost his small town values, even after his election to the U.S. Congress. Despite his exhausting schedule during the week, he always found time to spend with his children and the neighborhood children. From touch football with the boys, to sidewalk chalk with the girls, Bob made a point to spend quality time with his children and their friends.

Bob is a good man with a good heart. He has unselfishly fought to keep our small community afloat. He has been instrumental in maintaining the success of our failing steel mills; not only from the Ohio side, but extending his support to West Virginia and Pennsylvania. He has always made himself readily accessible to each and every constituent in his district. Despite all he is currently dealing with, I have yet to hear a negative word spoken of him.

I hope you will consider all of Bob's positive attributes as they far outweigh the negative. I believe, with all my heart, that Bob has suffered the ultimate punishment, in the sacrifice of his lifelong dream of serving his country and his people of the 18th District of Ohio.

Thank you for your time and consideration.

Respectfully,

Nancy J. dela Cruz
Nancy J. dela Cruz

*Dr. Trita Parsi*



The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001


Re: United States v. Ney, No. 06-cr-272 (ESH)



Dear Judge Huvelle:

My name is Trita Parsi, I am friend of former Congressman Bob Ney since 1991 when I lived with him and his family as an exchange student in Barnesville Ohio. I am writing to provide you with a more complete picture of Mr. Ney; a picture that I fear that the public and the court may not have been given access to.

To briefly introduce myself, I am the President of the largest Iranian-American grassroots organization in the US (the National Iranian American Council), author of the forthcoming book "Treacherous Triangle – The Secret Dealings of Israel, Iran and the United States" (Yale University Press, 2007), and a Professorial Lecturer in International Relations at Johns Hopkins University SAIS in Washington DC. I have known Mr. Ney since 1991 and have been in close contact with him ever since. During the period of November 2001-2005, I served as an informal advisor to the Congressman on Middle East affairs.

Judge Huvelle, I deeply believe that Mr. Ney should be treated with compassion due to his 26 years of service to the people of Ohio and the United States. I am aware of the offenses Mr. Ney has admitted to, but I would like to request that his life-time of service to the United States be taken into consideration.

I make his request with the wisdom of King Darius the Great (549 BC– 486 BC) of Persia in mind. The ancient Achemedian King never judged a man by his offense alone, but always weighed the wrongdoing against the service and the good deeds the man had committed throughout his life. The ancient Persian King practiced this principle unwaveringly – even on those who had betrayed him. Knowing that even the strongest of men could falter, Darius recognized that their good deeds should not be for naught. Through his wisdom and mercy, many lives were spared and many lives were given new promise.

I ask you to judge Mr. Ney with King Darius' mercy, compassion and sense of justice in mind. Mr. Ney is a man whose good deeds should not be for naught.

*Dr. Trita Parsi*

I am proud to say that I have had the privilege to work with Mr. Ney and see his unselfishness and devotion to do what is right up close. In 2002, I saw him take considerably political risk to close down the activities of an Iranian terrorist group, who in spite of the War on Terror remained active in Washington and lobbied Capitol Hill. Since this group – the Mujahedin-e Khalq – committed most of its acts of terror against Iran (though they are also responsible for the deaths of several Americans as well), appetite for harsh action against them in Washington was limited. In fact, some elements tacitly supported the organization and undermined the US's credibility.

But Mr. Ney strongly believed that there was no such thing as a "good terrorist" or "our terrorist." He organized a one-man campaign and personally spoke to more than 200 lawmakers to educate them on the background of the organization. Thanks to his effort, the Mujahedin's efforts on Capitol Hill were virtually put to a halt. Mr. Ney did this for no other reason than to ensure that America would be consistent in its efforts to defeat terror worldwide.

I must admit that I do not write this letter without bias. I am myself a subject of Mr. Ney's unselfish enthusiasm to help those in need.

When I came to the US from Sweden in 1991 as a high-school exchange student, I was fortunate enough to get acquainted with Mr. Ney, who at the time served as a State Senator. I later ended up in a disagreement with my host-family and risked being sent back to Sweden without having completed my studies in the US. As the host-family and the organization who had arranged for my stay in the US were preparing to send me back to Sweden, Mr. Ney stepped in and took me in with his own family. It was nothing less than a random act of kindness.

Thanks to Mr. Ney – with no benefit to himself – my year in the US was a success and I was given enough time to fall in love with America. Today, I am proud to call America my home and contribute to it with my expertise in international relations and on the Middle East.

Judge Huvelle, these are but just a few examples of the many good deeds of Mr. Ney. I ask you to make sure that they will not be for naught – that as you decide your judgment, you weigh Mr. Ney's wrongdoings against the service and the good deeds that he has committed throughout these past 26 years.

I, for one, would not be here had it not been for Mr. Ney.

Sincerely,

Trita Parsi, PhD

January 4, 2007



The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing this letter on behalf of Bob Ney. I was not solicited by him or his attorneys
to do so. Bob and I had lost contact with each other over the course of the last twenty
years. I contacted him in October and asked what I could do to help. Several months
later I read online about others writing letters in support of his years of commitment to
public service. I contacted Bob again and asked him to send me the contact information.
This letter may be somewhat different from others as I did not live in Bob's
congressional district and my relationship with him has been on a personal basis.

Bob and I met in the first grade at Rose Hill Elementary School in Bellaire, Ohio. He
then was sent to the local parochial school and I proceeded on in the Bellaire Public
School system. We did not meet again until 12 years later when we were both in college.
I was attending Marietta College and Bob was attending Ohio University Branch Campus
in Belmont County. It was at that time I began to realize and experience the definition of
friendship. My attending college away from home presented problems for my family. I
was the youngest of three children. My brother and sister had already left our rural family
home to begin their own lives. My father, Lieutenant Colonel LaRue Ritter a recipient of
the Bronze Star, Silver Star, and Purple Heart during World War II, passed away in 1955
while still in active military service. My mother, Second Lieutenant Julia Ritter was an
army nurse in World War II as well and as a result of a military related accident became
disabled. My mother did not remarry and my leaving home created a hardship for her.
Bob became a friend not only to myself but to my family. In my absence, he assisted my
mother in work around the property and refused to accept monetary payment. My
mother's disability and loss of her husband left her with a difficult disposition. Bob
always treated her with respect and dignity.

Bob and I eventually became college roommates a few years later when we transferred to
The Ohio State University. His parochial education benefited both of us as he often
tutored me in Italian and math. I still remain grateful for his friendship.

Good people such as Bob Ney do not turn bad. As with us all, we sometimes do not
make the best choices. Unfortunately, Bob's situation is much more public than are most

of ours. The media has been less than kind as they often are with public figures who fall from grace. He has been publicly disgraced and humiliated. He has resigned from The United States Congress and will never be able to return to his profession of over twenty five years. He has been forced to sell his home. His interpersonal relationships have suffered and some have ceased to exist. He is now facing an ominous prison sentence. In some respects Bob is already serving a sentence. A sentence he will be reminded of daily for a long time.

Judge Huevelle, please keep my letter in mind as you review Bob Ney's case for sentencing. If I can answer any questions or provide any additional information, please do not hesitate to contact me.

Sincerely,

Tim Ritter

January 8, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC. 20001

Re:  United States v. Ney.  No. 06-cr-272 ( ESH )

Dear Judge Huvelle:

Robert William Ney is not a hardened criminal. He's a former State
Representative, State Senator and Congressman from the State of Ohio.
Most importantly,  he's a childhood friend whom I admire and respect. Not
the Bob Ney you have come to know in recent months.  Please take a
moment to read about my dear friend, Bob.

We grew up on the same street in a small southeastern Ohio steel and coal
community, Bellaire.  Bob's dad was a camera man for the local television
station and my father a millwright in the local steel mill.  Bellaire was a
wonderful place to be raised with a strong sense of family values that Bob
carried forward into public life.  Bob and I went to the local Roman Catholic
School, he was the alter boy president and my mentor. Even in our early
years Bob was a leader, a role model,  a friend that many of the younger kids
in the neighborhood looked up too.  Our street grew up to become; a heart
doctor, a bank vice-president,  a newspaper editor, school teachers, police
officers and business leaders attributed to our hard working middleclass
parents. And I can honestly say, all of us in some way where guided in our
values and inspired by our charismatic friend, Bob.

As we completed our high school years and entered our college years.  The
steel industry crumbled and the coal mines closed.  The area affectionately
known as "The Ohio Valley" was also crumbling.  Many of us, including my
self, where forced to leave for employment opportunities.  I regret that I was
not able to stay and raise my children in the area, because it was such a

wonderful area for raising children. One man stood up and stayed, he fought to keep jobs in the valley, and bring in new industry to replace coal and steel. Yes, Bob Ney championed the area, he knew its moral fiber, values and beliefs. Bob believed in southeastern Ohio and fought hard for its citizens. I don't need to speak for his political record, it speaks for itself.

In a time when political crucifixion on both sides of the isle is the norm. Justice is not severed by placing Bob Ney in a 5x5 jail cell. I like many of his family, friends and voters still believe in Bob and his commitment to the citizens of Ohio. His strength is serving the community not sitting idle in a cell. Community service to the citizens of the United States to amend his wrongs would serve justice.

I ask that in your wisdom and sentencing you consider the wonderful contributions Robert William Ney has made to the State of Ohio and the citizens of the United States.

Sincerely,

Mark L. Giannangeli

January 6, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: United States vs. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle,

My name is Wesley E. Leggett and I am writing to you today to hopefully bring to your attention an entirely different picture of Bob Ney than the investigators and prosecutors have presented.

Approximately 15 years ago, as a result of our professional careers, my affiliation with Bob Ney began. I was the State Director of Veterans Employment & Training for the U.S. Dept. of Labor in Ohio. At that time, Bob Ney was a State Senator in Ohio and then later was elected as Congressman for the 18th Congressional District. Our personal friendship developed through the various elected and appointed positions that I held at state and national levels with the Disabled American Veterans and the AMVETS. Bob has always been an advocate for our veterans and our active military personnel.

There were numerous times, throughout my career, that I consulted and directly worked with Mr. Ney on various issues regarding veterans benefits and entitlements, simply because of our respective career positions. Judge Huvelle, I can honestly tell you that I cannot recall one single time that I reached out for his professional assistance and/or advice that he did not respond. Bob Ney, in my opinion, was and still is, one of the premier supporters of veterans causes that ever held an elected office. Bob Ney was a veterans advocate in his professional life, as well as his personal life. He truly exemplified what an elected official should be in this country.

Mr. Ney's commitment and loyalty for our militaries active duty personnel is equally true, which was TRULY exemplified by him personally traveling to Iraq during his own service to our country as the Congressman for the 18th district. Mr. Ney would never have had to leave his safe haven office in Washington, DC. Bob Ney was willing to put himself in harms way (by personally going into Iraq) so that he would have first hand knowledge of what was taking place over there and more specifically to ascertain that our military forces were receiving everything that they needed to win that war.

Judge Huvelle, I am aware of the charges that were brought against Mr. Ney, as well as his guilty Plea. I will continually support Bob Ney for the rest of my life. However, I am not suggesting that he did not commit some infractions of the law and does not deserve some type of reparations for those deeds, but rather I would like to encourage you to consider two very important facts when you sentence him.

1) The total number of years that he served the people of this great nation not only in his professional career, but also as a private citizen. Judge Huvelle, I suggest to you that Bob Ney has served the people of this country his entire life in one capacity or another. I also know for a fact that Bob Ney always held his staff in the highest regard and trusted them to provide him with the best and most detailed facts possible. Today, I know that his trust eventually became his greatest detriment and as a result he is facing severe

legal consequences; his career is ruined; he has lost his house, his vehicles; all of his personal savings and retirement benefits and has been left with a mountain of unpaid bills.

2) Bob Ney, by his own admittance and acceptance, has started dealing with, what I believe is the most crucial factor in his present case. That is that he is an alcoholic. However, since his admittance to specific issues, Bob has gone through rehabilitation and has been attending Alcoholics Anonymous meetings on a daily basis, and often times two meetings a day.

Judge Huvelle, as a friend of the court as well as Bob Ney, I encourage you to strongly consider Bob's alcoholism during his sentencing. I believe deep in my heart that if you do, you will very clearly see that Bob Ney is not a bad guy trying to become a good guy, but rather Bob Ney was a sick man and is now trying to become well. Judge Huvelle, I know this for a fact because I too am a recovering alcoholic. This statement to you is clearly a plea to you to please read the Diagnostic and Statistical Manual III (DSM III) as it relates to alcoholism, which is what doctors use to diagnose various diseases. In that manual it clearly defines alcoholism as "a continual and progressive disease that if left untreated may become potentially fatal." It goes on to say that the most effective way to treat this disease is by first going through a treatment program that provides specific education on the disease, as well as the possible consequences of leaving the disease of alcoholism untreated. The disease of alcoholism took this man from being a very successful state senator and United States Congressman to now facing many legal and financial consequences. His drinking severely clouded his judgment, as well as his ability to make sound, clear decisions.

Judge Huvelle, in closing, I do not believe and I know deep in my heart that Bob Ney is not in any way a criminal. Did he make improper decisions? Absolutely. But is he a criminal that deserves to be locked away? Absolutely not. Judge Huvelle, we do not lock up diabetics when they forget to take their insulin and create panic or when they begin to seizure in public, nor do we incarcerate people with Bi-polar Disorders who do not take their medications and act inappropriately in public places. So why would we believe that incarcerating Bob Ney will be more beneficial to him or our society than assuring that he continues to receive the recommended treatment for his disease as we would a diabetic or someone with a bi-polar disorder or someone with cancer? Judge Huvelle, these are all treatable, but potentially fatal diseases if left untreated that are recognized by the American Medical Association.

In closing, I thank you in advance, for taking the time to read my plea for Bob and the disease of alcoholism. I pray that God will provide you with the wisdom and the willingness to do the next right thing for Bob Ney.

Respectfully submitted,

Wesley E. Leggett



January 12, 2007

The Honorable Ellen Segal Huvelle
United States District Court of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:  <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I appreciate this opportunity to offer my views in connection with the impending sentencing of Bob Ney.

I hope that you will keep in mind that Bob has a long and distinguished career of public service in local government, Ohio's General Assembly and Congress. He has spent most of his adult life in public service and has established a well-deserved reputation for serving his constituents. I have known and been friends with Bob since we attended high school together 35 years ago. Although Bob and I generally hold differing political views, I have always respected his efforts to do what he thought was best for the public good. As an example, over the years he frequently broke ranks with his (Republican) party leadership to champion the interests of the steel industry and steelworkers of his district.

I have never had reason to question Bob's integrity or known him to be anything but a hardworking public servant. In addition, I have always been impressed by the high regard in which Bob has been held by many public officials who did not share his political views but who respected him and acknowledged his hard work for his constituents.

Please take Bob's long career of public service and his good work for the citizens of Ohio into account in your deliberations. Thank you for your consideration.

Very truly yours,

Robert A. Selak



January 10, 2007


The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re: <u>United States v. Ney,</u> No. 06-cr-272(ESH)


Dear Judge Huvelle:


I am writing this letter in support of Bob Ney in reference to the upcoming sentencing hearing scheduled for January 19, 2007. I imagine that you will hear from several people that day including the prosecutor and Bob's attorneys, but I wanted to give you another perspective; a more personal view of Bob.

I've known Bob since 1987. His niece, LoriAnn, and I met that year and have been friends ever since that time. Actually, their family has taken me in as one of their members, so when I think of Bob, I think of "Uncle Bob". He is a man that I respect and trust.

Throughout his career as State Representative and then as a U.S. Congressman, Bob has shown me that there really are people who go into politics to make a difference, make the community better and to stand up for people who don't feel they have a voice. Unfortunately, I think this is the exception rather than the norm. Although he is a public figure, he has never been in it for personal gain, fame or glory. He truly believes one voice can make a difference; and because he was so passionate about that, I now believe it. I'll admit that it would have been easy to become cynical. When it seemed like only those who spent the most money, traded in the most favors, or had the best "spin doctors" got elected or got legislation passed, I always reminded myself that Bob also got elected and got legislation passed. If a man from a working class family from a small town full of people from the opposing party could make it to Congress and be heard, then the system was still working. Bob's journey and work gave and continues to give me and many others like me hope in tough times.

Bob has also shown me that there are people who are willing to stand up for others when it isn't necessarily politically correct. He did this in his personal life as well as his professional life. When he was elected to the U.S. Congress, he kept his home in Ohio and commuted to Washington during the week. Would it have been easier or better for him to move them all to Washington? Absolutely. It wasn't the best thing for his family, though, and that's what is important to him. He was one of the first political figures to actively fight for the steelworkers in our area. This was absolutely against his "party line" at the time. Was it better for Bob personally to follow the party line and join the other local congressmen (of the opposing party in fact) in doing nothing? Probably. It wasn't the best thing for his constituents, though, and he vowed to be their voice. Only after Bob's work paved the way did my representative and Senator jump on the steel bandwagon after years of false promises. His one voice started a whole movement. If you'd ask Bob about it, though, he would just tell you that he was honoring his promise and doing his job.

Bob has always been passionate about our representative system and standing up for others, and he was able to develop that into a career. Now his career is gone. His passionate belief in our system is still there, though. I find that truly amazing in light of all that has taken place and I think it speaks volumes about his character.

In recent months I'd lost a bit of the faith in our system and felt myself becoming cynical of our process. Bob's belief in the system and his reminder of my responsibility to participate in it, though, has restored my faith. I'm really not surprised, though; after all it was Bob's belief and actions that instilled and sustained it since 1987.

Thank you for the opportunity to share my perspective.

Sincerely,

Jody Burkland

Jody Burkland



4 January 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Re:  <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

As a constituent and friend of Bob Ney I am asking you to exercise all possible leniencies that may reside within your purview as you consider Bob's sentence.  That he has transgressed is a matter of record and for that he has already relinquished virtually all of what he and his family had and much of their futures, as well.

Others have or will enumerate Bob's good works and positive attributes at both the public service and personal levels and I need not amplify the record.  I do, though, ask that you weigh that record and balance it against those things to which he has confessed.

At a personal level, I believe Bob to be a fundamentally good and honest man, a true product of his Appalachian culture and a friend to the community at all times.  It is my understanding that he has also lost his home and has no viable means of supporting himself or his family.  With this in mind, and should an alternative to full incarceration prove possible, he will always be welcome to live in my home with my family at my expense and within such sentencing terms and conditions as may be imposed by you for as long as necessary.

Should you wish, I am more than willing to travel on my own time and expense and at your convenience to talk further with you or to clarify any information I have provided.  In advance, I thank you for your thoughtful consideration in this matter.

Sincerely,

Terry A. Wallace.





January 4, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I write to you today about the Bob Ney that I have known for the past 18 years through my employment with the Belmont Metropolitan Housing Authority.

First I want to say how deeply saddened and shocked I was by the chain of events that led to Mr. Ney's resignation from Congress, this is not the man that I have known and turned to for help for the less fortunate of Belmont County.

The Congressman I knew was always accessible and willing to help. Public Housing was not an issue that got Congressman Ney votes yet he was passionate about protecting the elderly, disabled, and families assisted by our agencies. As Chairman of the Subcommittee on Housing and Community Development he held countless hearings on housing and he listened to all concerns whether from a disgruntled tenant or a community official or my countless calls and emails concerning our funding levels and regulations. He was a true friend to the many families in Ohio and our nation struggling with affordable housing issues and we working in affordable housing will miss him terribly.

The charges against Mr. Ney are so contrary to the man I have had the pleasure of working with for nearly two decades and hope you will take this into consideration at his sentencing.

Sincerely,

Jody Geese
Executive Director





**The Honorable Ellen Segal Huvelle**
**United States District Court for the District of Columbia**
**333 Constitution Avenue, N.W.**
**Washington, DC 20001**

**Re: United States v. Ney, No. 06-cr-272 (ESH)**

**Dear Judge Huvelle:**

I have known Congressman Ney for a number of years and would like to speak on his behalf. He has always impressed me as a man that follows through on his commitments. He would cross party lines if he believed in the cause. He was available to his constituents rather than always remaining in Washington. He would help people outside of his district regardless of their inability to vote for his reelection.

In fighting for fair trade he earned the respect of Weirton Steel and the Independent Steelworkers Union in West Virginia.

The staffers that I know were always treated with dignity and respect. Please consider the good he has accomplished.

I know that he is trying to get things right in his life. Please give him the opportunity.

Yours truly,

*James Foglio*

**Pastor James Foglio**

God is Good!

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

      Re:  United States v. Ney, No.06-cr-272 (ESH)

Dear Judge Huvelle:


    I have known Bob Ney since he was in high school in Bellaire, Ohio.  Over the
years I have worked on many campaigns with him.  He worked on Gov. Jim Rhodes
successful campaign when he was in high school and later he went to college and
became Bellaire City Service Director.  From there he ran for the State Legislature and
beat former Congressman Wayne Hays for the seat.
    Bob got defeated when he ran for re-election two years later and went from there to
serve in Saudi Arabia as a school teacher, while there, a vacancy in the Ohio State
Senate occurred and I helped him get the appointment to that seat.  He ran for and was
elected to that seat several times.  He continually served his senate district well by
bringing jobs and industry to the area.
    Education was a big thing with Bob and he got state money to improve The Ohio
University Branch College and the Belmont County Tech College.  Many of the
highways in the district where improved under his terms in that office.

    In 1994 he was elected to The United States Congress, he immediately made a
difference for his Congressional District.  He continued to bring in improvements to
roads and infrastructure.  Bob always had the people of his district at heart..

    I would never have believed Bob would intentionally do anything wrong.  However
I believe he got caught up in the Washington hype and did some things he should not
have done.  He has pleaded guilty to a crime and resigned his office.  Knowing Bob this
has been a huge punishment for him.  He could have been in public life the rest of his
political career.  I think he would have ended up a United States Senator.

    I believe Bob has been punished enough just by the humiliation of being found
guilty and admitting to it.  And having to resign his seat in the Congress of the United
States.  This will haunt him the rest of his life.

    The Bob Ney I know is a good man with a heart full of compassion for his fellow
man.  We all do things at times we should not do and usually we pay for them, but also
it is forgotten about in several days but his will last him the rest of his days.

            Sincerely Yours, Thomas W. Costine

Former Republican Party Chairman, Belmont County, Ohio
Former President, Belmont County Township Trustees and  Clerks Association

Thomas M. Popp
Leilani H. Popp


December 21, 2006

Judge Huvelle,

We are writing in support of Bob Ney.

Specifically, we wanted to share our first-hand knowledge of Bob.  Our experience includes several interactions that provide insight into Bob's character.

-We observed Bob in situations that revealed a genuine, caring individual, who worked tirelessly for his constituents.

-We observed Bob's dedication to public service.

-One example was our request of Bob to provide a tour of the Capitol and White House for some acquaintances visiting Washington D.C..  These visitors provided a special story, as one was a returning veteran from Iraq, and the other was a person with significant medical challenges.  Bob graciously took of his time to personally handle this request.  There was no recognition in return, no "payback" for his efforts. Only, the gratitude from people who were from outside his congressional district.

The final comment we offer, is our opinion of the true character of Bob Ney.  Character, defined as an aggregate of features and traits, is a true strength of this individual.  We are referring to the overall "body of work" that resulted from Bob's years of public service. Time and time again, his altruistic efforts resulted in proper benefit for only the deserving.

We sincerely appreciate your consideration.

Thomas M. Popp                                      Leilani H. Popp



1 January 2007

The Honorable Judge Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W
Washington, DC 20001

     Re: <u>United States v. Ney</u>, No.06-cr-272 (ESH)

Dear Judge Huvelle,

This is a letter of support for former Congressman Robert W. Ney. I have known Congressman Ney for many years. He has always worked hard to protect the citizens of his congressional district.

Being an official with the Professional Fire Fighters of West Virginia I know from personal experience that Congressman Ney was a true advocate for the people he represented. In my capacity I work with the International Association of Fire Fighters. Officials from the IAFF have expressed to me that Congressman Ney on numerous occasions had introduced or supported firefighter legislation. Some of the legislation focused on health and safety issues for firefighters throughout the country.

Congressman Ney had worked with the steel companies in Ohio and West Virginia to save jobs. He is dedicated to his constituents as well as the citizens of the United States.

It is my opinion that Congressman Ney deserves every possible consideration for his years of service for Ohio and the country.

Thank you for your time in this matter.

Sincerely,

Michael A. Zambito
Deputy Secretary-Treasurer
Professional Fire Fighters of West Virginia

December 30, 2006

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I got to know Congressman Bob Ney through my oldest son Matthew, who worked for Bob for
approximately five years and is currently his neighbor. Over these years I have come to know Bob and
what kind of person he is.

Bob is humble and hardworking. Even before getting to know Bob Ney personally, I witnessed first hand
his ability to champion causes for his constituents. I live in West Virginia, on the border of the 18th
Congressional District that Bob represented. Bob was always a top advocate in Washington for
steelworkers in the Ohio Valley. During the 1990's when illegally dumped steel was flooding the market
and putting Ohio Valley steelworkers out of work, Bob Ney fought in Washington to save their jobs.

In public life and private life, I have known Bob Ney to be a good man. He treated his employees with
respect and dignity, loved his family, and worked tirelessly on behalf of his constituents.

Bob has suffered greatly over the past two years and has lost everything he worked so hard for over a
distinguished 26 year career in public service. I admire Bob for admitting to the world he had an alcohol
abuse problem, and I am happy to know that his treatment has gone well over the past 4 months.

In your sentencing, please take into consideration that Bob Ney is a good man. He has made mistakes and
already paid dearly for those mistakes.

Sincerely,

Douglas D. Parker





*Angelo N. Georges, M.D.*

January 3, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

                                    RE: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

       I am taking time to dictate this letter in support of former Congressman Robert
Ney. I have known Robert Ney for well over 25 years. We grew up together in
neighboring towns and we became friends in the early 1980's. I am not a political friend
by any means and actually have not been able to vote for him in almost 20 years. I am
currently a resident of Wheeling, West Virginia. As I stated, Bob and I are close personal
friends and growing up here in the Ohio Valley, I know of no one that has done more for
his constituents locally than Congressman Bob Ney. This of course is both on a state
level and national level.

       I currently reside in Wheeling, West Virginia, which obviously is outside of
Robert Ney's former Congressional District. There have been many occasions when I
have asked him to help me out with some local fundraising drives, appearances, etc. and
he has always been more than gracious with his time. I am not a large donor to his
Congressional campaigns by any means. He did this more as an act of friendship than
anything else. Although surprised, I am certainly disappointed over the recent course of
events that Bob Ney has encountered. I find it very hard to believe that this one mistake
could have ballooned into this current predicament. Unfortunately, when we make
mistakes particularly when we are held to a higher level as Congressman Ney, one can
only shake their head and wonder why this error in judgment occurred. I can tell you
from a personal standpoint, I have deep belief in Robert Ney's personal integrity and
honesty more than any other politician that I have ever been around. Believe me, I have
been around a lot of politicians over the last several years involving three states. I never
would have thought I would be sending a letter on behalf of Bob Ney for this kind of
reason knowing him as well as I do. Certainly, it pains me to have to send a letter for

Page Two
January 3, 2007
RE:  Congressman Bob Ney

someone that you deeply care about and truly wishes that he would not have to undergo the ordeal of imprisonment.

I would strongly urge the Court to express lenience on Bob Ney's behalf.  If for nothing else, for the good works that he has done for his constituents as well as people like me who are just friends.  There was never a time when I would call him that he would not return my call even if it was for some small advise on a medical matter for instance.  I have never known any politician to be as accessible and sincere as Bob Ney.  He is a highly intelligent and caring human being that I am sure once his sentence is carried out, he will return to society and be an even more productive individual than he already was.  That may seem like a tall order considering everything that he has already accomplished, but my faith in him is unwavering and I know that he will bounce back from this and be better than ever and ready to contribute to the betterment of society now that he has truly learned from his past mistakes.

Again, I urge leniency.  The sooner we can get him back into society, I feel would be a benefit to all of us that know and care about him, as well as his family and friends and residents of the Ohio Valley.  I cannot be anymore sincere in this plea and I know of fairly few people that I would rank higher than Congressman Bob Ney on the ladder of human beings.

Sincerely,

Angelo N. Georges, M.D.

AG:ly



December 29, 2006

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:  Unites States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing to convey my personal and professional relationship with Bob Ney. We have just been made aware that his sentencing hearing is scheduled for January 19, 2007.  I hope that this letter will provide you with some additional insight as to his character and his long and dedicated service to the people of Ohio.  Frankly, we are all disappointed with the activities in which he engaged that led to his conviction, however, I want to assure you that he has many other admirable traits that we believe are worthy of your consideration.

I first met Bob in the early Spring of 1975 at the Ohio State University.  He worked tirelessly to manage my campaign for the President of the Undergraduate Student Government.  We have remained good friends for over thirty years.  Throughout that time I have seen Bob strive to make things better for the people of his State Representative district, his State Senate district and ultimately his Congressional district.  His legislative decision making process always included what he felt was good for "the folks down home" and how the decision would effect "the little guy."  He also has a great sense of fundamental fairness to the individual in exercising the awesome authority of government...who is helped <u>and</u> who is hurt by each decision.

When I started my firm in 1988 we had just a few small business association clients.  Bob was always very gracious toward them and tried to help when he could, even though most of his colleagues did not view their concerns to be of great consequence.  When he was elected to Congress he continued these

important traits.  As a near career long public servant, he had never earned much money.  While in Washington he lived a very austere life-style and drove back to his district almost every weekend.

Although our firm does not do any federal lobbying, our low-income housing clients would call on him in his capacity as Chair of the Financial Services Housing Subcommittee.  Again, he would work tirelessly for "the little guy, the folks back home who couldn't afford much, but deserve a home of their own."  I believe few of his colleagues were even aware what Bob did for the people who depended on low-income or manufactured housing to avoid being homeless.

Your honor, I hope you will agree that in spite of his transgressions, Bob Ney still has some important socially redeeming traits that are worthy of your consideration during his sentencing hearing.  Thank you very much for your interest in my insight on this matter.  Please do not hesitate to contact me if I may be of any further service to you or your Court.

Sincerely yours,

Brooke A. Cheney



January 4, 2007


The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001


Re:  <u>United States v. Ney,</u> No. 06-cr-272 (ESH)


Dear Judge Huvelle:

I write this letter with great sadness and ask that you show mercy on my childhood

friend, Bob Ney.  He came from humble beginnings and was a man of good character for all

of the years that I have known him.  I believe he got caught up in the moment and may have

been intoxicated by the power of Washington, D.C.  I have known him since high school and

we have had many good times together.  Bob Ney is a good man who has made some bad

choices.  He has helped our school district in the past and was always ready to lend a hand for

nothing in return.

I am sure that losing his position and all of the public shame that he brought on

himself has taught him an important lesson.  Please consider all of the good things that he has

done when you consider his sentence

Sincerely,



Mark Bosold, Ed. D.
Superintendent

### JENNEFER J. BAKER



January 5, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington DC  20001

RE:  <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing this letter in support of Mr. Robert (Bob) Ney.  I have known Mr. Ney for many years on a professional as well as a personal level.

First, on a professional level, Mr. Ney has, in my opinion, been very successful in his duties for the government; locally, statewide, and nationally.  To my area alone, Mr. Ney has helped to bring business into the area, thereby causing increased revenue as well as providing much needed funding.  I also believe that Mr. Ney never made decisions just to get a vote.  He made decisions that were to the best of the policy at hand, on a bipartisan basis.

Mr. Ney is also a very caring man.  Upon visiting his offices, he had employed people with disabilities as well as young foreign individuals.  Without Mr. Ney's generosity and guidance, these individuals may not have had the opportunity to become so successful in their careers.

Next, on a personal side, Mr. Ney has a heart of gold and never forgot his friends and family.  A very close friend of mine that was also a friend and employee of Mr. Ney's, became terminally ill at a young age.  There were several close family and friends of this individual that were too busy to stop by for a few minutes to say hello.  But Mr. Ney, who had an extremely busy schedule always kept in touch.  He also made the time to come and personally visit with this individual.  No one can even imagine what it meant to this individual every time Mr. Ney came to visit.

Mr. Ney is also a good father and husband.  Holding a political office can be hard on children and a spouse.  However, Mr. Ney always tried his best to be there when his family needed him.

This letter does not even come close to describing the great man that I believe Bob Ney to be.  I find it very sad that he is not serving in our government.  I feel he made great strides and was extremely successful while in office and feel that his district as well as the entire nation is going to suffer without his leadership.

Very truly yours,

Jennefer J. Baker

JJB

JAN.3,2007

THE HONORABLE ELLEN SEGAL HUVELLE
UNITES STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE.
WASHINGTON, DC 20001

RE: UNITED STATES v.NEY NO. 06-cr-272 (ESH)

DEAR JUDGE HUVELLE,

BEING NOT ONLY A CONSTITUENT OF BOB NEY, BUT ALSO A FRIEND, I FEEL IT IS NOT ONLY
IMPORTANT, BUT A PRIVEDGE TO WRITE THIS LETTER ON HIS BEHALF.

I HAVE KNOWN BOB PERSONNALY FOR QUITE A NUMBER OF YEARS AND, ALTHOUGH I FEEL
BOB DID HAVE A LAPSE OF JUDGEMENT, A FACT OF WHICH HE HAS ADMITTED, MUST NOT CLOUD
THE MANY ISSUES THAT HE WAS CONFRONTED AND HAD TO DEAL  WITH OVER THE YEARS.

LIKE BOB, I WAS BORN AND RAISED IN BELLAIRE, OHIO, OR THE "VALLEY" WHICH RESTS NEXT
TO THE OHIO RIVER. THIS AREA IS "BLUE COLLAR" WITH PRIMARY INDUSTRIES BEING THE MINING
OF COAL AND STEEL PRODUCTION AND THE SPINOFF BUSINESSES THAT THESE CREATED.
THIS AREA SEEMED TO BE VERY ATTRACTIVE FOR VOTES TO THE POLITICIANS AND CANDIDATES
WHEN RUNNING FOR OFFICES WITHIN THE STATE OR THE  NATIONAL AREAS, BUT IT ALWAYS
SEEMED THAT WHEN THEY WERE ELECTED TO THEIR POSITIONS, ALL THE PROMISES MADE WERE
SUDDENLY FORGOTTEN AND ALL THE ASSISTANCE PROMISED TO REVITIALIZE OUR "VALLEY"
DISAPPEARED.

THIS WAS NOT THE CASE WITH BOB NEY. HIS ACTIONS IN DEALING WITH THE STEEL IMPORT
ISSUE AND THE CLEAN AIR ACT EFFECTING  OUR COAL INDUSTRY IS WELL KNOWN AND
WE ARE BETTER OFF PRESENTLY FOR HIS DEALING WITH THESE ISSUES.

BEING A VETERAN, I CAN ATTEST THAT ANY VETERAN IN NEED OF ASSISTANCE OR HELP OF ANY
KIND, THEY HAD A FRIEND IN BOB NEY. ON SEVERAL OCCASIONS, BE IT MEMORIAL DAY OR
VETERANS DAY OR ANY OTHER PATRIOTIC DISPLAY, BOB WOULD BE THERE, UNANNOUNCED AND
JUST ANOTHER "VALLEY" NATIVE JOINING THE CROWD.

THIS IS THE BOB NEY WE ALL KNOW FROM THIS AREA. HIS LACK OF GOOD JUDGEMENT HAS LED TO
HIS RESIGNATION FROM CONGRESS, CAUSED EMBARRASSMENT TO HIS FRIENDS, RELATIVES
AND HIS CONSTITUENTS AND HIMSELF. I FEEL THAT AFTER CAREFUL CONSIDERATION, THIS ITSELF
IS PUNISHMENT ENOUGH FOR HIS ACTIONS.


SINCERELY,


JAMES C. MCCLOUD



January 2, 2007


The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001


RE:    United States vs. Ney, No. 06-cr-272 (ESH)


Dear Judge Huvelle:

I have known Bob Ney for a number of years and have always had the highest regard for his character and integrity.  Prior to the restructuring of the Congressional Districts in Ohio, Congressman Ney represented my district.  In an overwhelming Democratic District, Bob Ney, a Republican, was reelected time and again.  The reasons for his success stemmed from the manner in which he represented the people of his district and his personal attributes.

Bob Ney seemed to be always available to his constitutes regardless of who they were or what types of issues they wished to discuss.  In a Congress composed mostly of very wealthy people who have appeared to have lost contact with the average person, Bob remained cognizant of who he was and who he represented.

I won't take up your time to continue siting the many positive examples of Bob Ney's work in the Ohio Valley.  I am only asking that you take into consideration this man who worked his way up from a common beginning by working hard and treating people with respect and dignity regardless of their station in life.

Thank you, in advance, for any consideration you may be able to give regarding the sentencing of Mr. Ney.  He is a very fine person.


Sincerely,

Michael Kinter

Michael Kinter

Maureen Neely



January 2, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, DC 20001

      Re: <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle,

I first met Bob Ney when I was 18 years old in 1974. He immediately impressed me as a serious young man with a vision for his future. He wasn't like all of the other college students that I had met on the OSU campus, and I liked that. Often I would briefly stop at his apartment on Neil Avenue as I was walking home. He was usually busy, and usually talking politics. He would always take a few minutes to catch up with me, no matter what. As he did later with most of his constituents, at the moment I had his ear, he made me feel like the most important person on the planet. He has never been a pompous person, although most people in his position suffer from an inflated opinion of their own worth to society. Bob was always willing to help anybody, with no regard for reciprocation. Despite the fact that steelworkers are notorious Democrats, he fought to keep the mills in the Ohio Valley area open. I honestly thought he was crazy because those people weren't going to switch allegiance and vote for someone who was not approved by the union bosses. But Bob didn't care. He was helping people keep their jobs, and that was the right thing to do. He tried to get funding to dismantle a derelict bridge that spans the Ohio River, even though the area was no longer in his district. The reason? The bridge is a hazard to many of the people about whom he cares deeply, and if he could help, well, that was the right thing to do. That's just the kind of person he is. I have found him to be the same honest, responsible, warm human being throughout his political career. I happily volunteered to work on most of his campaigns. I was proud to call him my friend then, and I'm proud to call him my friend now. So Judge, when you look at Bob Ney, please know that you are looking at a good man, a salt of the earth kind of guy, an uncommon man who would never place his needs before others.

Sincerely,

Maureen Neely

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 2001

      Re: United States v. Ney 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing this letter in support of my ex-Congressman Bob Ney. The Bob Ney
awaiting sentencing is not the Bob Ney I know. Although I have only known him
personally for some ten years, I have followed his political career since 1980 when as a
young man he defeated ex- United States Congressman Wayne L Hayes to win a seat in
the State of Ohio House of Representatives.

The Bob Ney I know is a good man. He loves the roots from whence he came. He loves
his family. For a period of time he was a single parent and on Saturday mornings he
could be found in the kitchen cooking breakfast for his children. He was one who made
the trip from Washington DC each and every weekend to be with his family. He loved
his staff and almost everyone of them would express their love for the "Boss". He loved
his constituents and all humanity. This he has said was the reason he was in politics. He
wanted to make a difference. He brought literally millions of dollars into the Ohio Valley
where he lived. He stood with the steelworkers when they needed a voice although their
unions did not embrace him.

There are two examples that immediately come to mind which demonstrates his
compassion for his fellow man. There were two young men who were good men
however both were at time in their lives that they needed a break. One worked as a board
man at a local radio station. The other was a baker in a local delicatessen. Both men
were hard workers. Their jobs paid only the minimum wage. Bob Ney recognized their
work ethic and the fact they both just needed a break in life to be successful. Bob Ney
hired both of these men. The former radio station employee is now a supervisor on the
House Administration Staff on Capitol Hill. The baker, my son who passed away at age
42, served as local staff member and became Bob Ney's District Director until he
requested a transfer from the District Office to the field for family reasons. Bob Ney saw
the good in these two men and gave them the break that they needed.

Bob Ney is a friend. The essence of God is love. And with love comes forgiveness.
I would hope that you would consider the goodness of Bob Ney as he comes before the
Court for sentencing.

Sincerely,

Edward N. Rose

January 2, 2007

The Honorable Ellen Segal Huvelle

United States District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington, DC 20001

Re: United States v. Ney No.06-cr-272 (ESH)

Dear Judge Huvelle:

We would like to take this opportunity to express to you our knowledge and feelings about Bob Ney. We have known him and his family for 47 years. Watching Bob grow up we feel that we are qualified to express our thoughts. Bob has always been a good person, son and father. He has always put his work for the people first. From the City of Bellaire, State of Ohio and Congress of the United States.

His decisions have been for the good of the people he represented. Sometimes not popular but correct. Bob was always there for any help he could be for his constituents. He represented the steel workers and coal miners of the Ohio Valley all that he could.

Thank you for your time and consideration

*Lois La Roche*
*James E. La Roche*
Lois and James LaRoche



The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

Re:  <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I have known Bob Ney since he was fourteen years old.  He comes from a very nice and honorable family.  They are always ready to help the underdog.

I feel that Bob was elected to the Ohio legislature from a Democratic county because he helped his constituents whether they were Democrat or Republican.  Over the years, he has been an excellent representative for the people of Belmont County.  He was a big part of keeping Wheeling-Pittsburgh Steel from bankruptcy and has been instrumental in securing necessary funding for East Ohio Regional Hospital, local colleges, veterans, school teachers, and the elderly.  Constituent services and giving back to his community have always been one of Bob's top priorities.

Bob has also been available to the local schools who have visited the Capital buildings to show them around.  He was willing to share his knowledge about the history of the Capital Building in D.C. making the trips educational and very interesting.

I think he became a powerful person in the House of Representatives because of his honesty and integrity.  He was devoted to public service and had the best interest of his constituents and all Americans.  I feel that the only thing he is guilty of is trusting in the people around him.  I do not believe that Bob intentionally did anything that was dishonest.

Bob is also the father of two children who depend on him.  His time away will be very hard on them.  They are at impressionable ages and need his guidance.

Sincerely,

Judy Long
Judy Long



December 28, 2006

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001
      Re: <u>United States v. Ney</u>, No. 06-cr-272(ESH)

Dear Judge Huvelle:

I am writing to express my support of a friend, former Congressman Bob Ney.

I have been a lobbyist for over twenty-five years, first for the Ohio State Bar Association and currently with the Ohio Association of Realtors. I have known Bob for virtually the entire time, beginning with his service in the Ohio Legislature and then Congress. I have worked with him on many legislative issues in both capacities, and he has always impressed me as being intelligent, open, fair, and above all, a staunch advocate for the well-being of constituents.

Other than newspaper reports, I have no knowledge of the conduct which has resulted in Bob being in your court. Obviously something went very wrong. I simply want to convey to you that from my experience, Bob Ney was a dedicated public official and is a good man. Thank you very much for any consideration you may give to these thoughts.

Sincerely,

*Bob Fletcher*

Robert E. Fletcher
Sr. Vice President of Public Policy

REF/cse

December 29, 2006

The Honorable Ellen Segal Huvelle
United States Dist. Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, D.C.    20001

RE:  United States v. Ney, No 06-cr-272 (ESH)

Dear Judge Huvelle:

I'm writing on behalf of Bob Ney, hoping that my feelings about his service to his constituents, his history of devotion to his family and public service will in some way help you come to a "fair" decision regarding his sentencing.

Bob was born and raised in the same small town that I was.  He attended the same schools and churches that I have.  He raised his children as I have raised mine.  His parents still live here as do mine.  I feel that I know Bob on a personal level and I need to support him in this difficult time.  Locally, he has always been viewed as an honest, dedicated, man with great devotion to serving the residents of my area and doing his best to help all who have called on him for assistance.  Even with these career ending charges facing him, Bob remains respected for the integrity he has demonstrated and the efforts he has put forth in our behalf for decades.

I'm sure that I don't know all the legal ramifications of his situation, but I know the human side of what he has done and the results of the fallout on his family and friends.  I know admitting guilt publicly was probably one of the hardest things he has ever had to do.

Bob has done a wonderful job for us all these years.  I'm positive the saying is true that "The good you do they never remember, the bad you do they never forget", but I'll never forget all the good he has done and I can only hope that it helps you to know he has dedicated his life to service of others.  A small misstep should not define his entire life's work.

Respectfully.

Vickie Bland

Vickie Bland
Resident, Belmont County
Bellaire Ohio



January 3, 2007


The Honorable Ellen Segal Huvelle
United States District Court
For the District of Columbia
3333 Constitution Avenue, NW
Washington DC  20001

REFERENCE:  United States vs. Ney, No. 06-CR-272 (ESH)

Dear Judge Huvelle:

I am writing this letter in reference to Bob Ney.  Bob and I grew up in the same town, playing together as children and having fathers who worked together.

Several years ago, my daughter was an intern on Capitol Hill.  As a parent having a daughter five hours from home during the DC sniper time was an experience for me since she attended college only 130 miles from home.  Bob took her under his wing and made sure her time in DC was a safe, true learning experience.  That learning experience was the basis for the work she does today in San Diego, California.   Had she not had the experience in DC she would not have sought work in the political field.  Until six months ago, Bob would regularly call my home to see if my daughter was doing OK and if she needed anything.  I knew that in an emergency Bob would have been in California before I was.

Bob has always been a true friend of our family and a friend to every person who walks the streets of Bellaire, Ohio.  Bob knows no stranger and is truly a caring man.

I do hope you will take into consideration the type of man Bob is when deciding his sentence.

Sincerely,

Stephanie Mendelson



December 31, 2006

The Honorable Ellen Segal Huvelle
United States District Court
For the District of Columbia
3333 Constitution Avenue, NW
Washington DC 20001

REFERENCE: United States vs. Ney, No. 06-CR-272 (ESH)

Dear Judge Huvelle:

My name is Kathy Wallace and I have had the joy and privilege of knowing Bob Ney for over thirty-five years.

I am not privy to the details of all that has gone on in Bob's life these past months. I haven't even spoken to him in quite sometime. Still, the thread that binds our hearts together in friendship remains ever strong.

I would like to share with you a bit of what I know to be <u>true</u> about Bob, a man who I proudly call my friend, a man of faith, family, kindness, caring, compassion and loyalty.

Over the past twenty-five years, I have watched Bob go from the Service Director of Bellaire to the Halls of Congress. As he has traveled this road, Bob has never forgotten his roots or the people who were there all those years ago working on his early campaigns. He has never forgotten us. Bob still comes to see us in our times of joy, as well as, in our times of trouble, sadness or loss. He comes with his warm hugs and comforting words to ease our pain and to help us in anyway he can. As recently as this past July, when I lost my sister-in-law, with all that was going on in his life, he took the time to show his care.

At every level of his political career Bob has fought hard for his this valley and for his constituents. Bob is a strong supporter and defender of our men and women in uniform. I believe he has personally attended the funerals of every soldier in his district killed in the line of duty. He truly cares about these families. He truly shares their pain.

Bob has stood up for causes like our steel workers plight, even when it meant going against his own party. His loyalty and dedication have always been to the people, not a party. Bob has

The Honorable Ellen Segal Huvelle
December 31, 2006
Page 2

never turned anyone away when they called upon him for help. Often times, Bob would go out of his way to be helpful to people who were not even in his voting district. The door to Bob's office was always open and his hand of comfort and friendship was always extended. Bob has always been a representative of and for the people.

Judge Huvelle, I don't know how Bob ended up in this mess. I only know that I believe in Bob. I believe in his heart and in his love of God, family, and community. Bob is a loving family man, a loyal friend, and a hard working and a conscientious public servant. I believe Bob can and will find a way to use his gifts to continue to do good and to help others because that is who Bob Ney is.

I believe today, just as I did 25 years ago, that Bob Ney is a man of honesty and integrity. Could he run for office tomorrow, I would happily and proudly vote for him.

I thank you for this opportunity to share with you a small bit of the Bob Ney I know.

I humbly ask that you consider all the good this man has done and his many years of dedicated and exemplary service to the people of Ohio in making your decision concerning his sentence.

Most Respectfully,

Kathy Wallace





December 13, 2006

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I just wanted to write this letter in hopes of helping Bob Ney in anyway I could.  I had the
pleasure to meet Bob on many occasions and he is a very caring man that always did the
best thing for his constituents.

I got to know him on a personal level and he was always very considerate and spoke to
me with the utmost respect.  I also got the pleasure of meeting with his family.  They are
also very caring people and I hope they are taken into consideration in Bob's case.

Please take this into consideration during his sentencing.

Sincerely,

Casey Lang



10 January 2007

The Honorable Ellen Segal Huvelle
The United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, District of Columbia 20001

Dear Judge Huvelle:

It is an honor to have the opportunity to submit this letter on behalf of Robert W. Ney whom you will be addressing shortly. I submit this letter under no illusion that it minimizes the charges to which Bob plead guilty recently. Rather, the letter is designed to comment on my association with Bob Ney and his family.

I have known Bob since 1987 when I became president of Belmont Technical College, St. Clairsville, Ohio and where Bob served as state senator for that district. Bob was invaluable in guiding me through the legislative process and insuring that all students, regardless of age, benefited from Ohio's public policy. His tireless work on behalf of the communities his district encompassed remains a legacy few can match and reflected his firm belief that elected officials have one overarching and fundamental obligation: to serve the public good.

After I left that college and advanced my career, I remained in frequent communication and interaction with Bob. When he was elected to the United States House of Representatives, I stood proudly with him and his family to witness and participate in a historic event: the accomplishments of an individual who came from the most humble background and who's only ambition was to serve his constituents, state of Ohio, and the United States.

Bob's contributions and capabilities stood-out among his peers as he earned the chairmanship of the House Administration Committee. In this capacity, he earned the admiration, respect, and trust of his colleagues on both sides of the aisle, provided leadership in securing the Capitol during 9/11 and subsequent potential disasters, and guided his colleagues during an uncertain time. During this period, Bob did not shy away from controversy often challenging his own party and leadership to insure and insist that America do it "right." He can hardly be considered "partisan" in the current definition. I can recall many evenings when we sat together, over a coffee, when we'd discuss the future of America, his children, his parents, and the demands of his position.

Soon after assuming the chairmanship, I worked with Bob Ney to help him select his chief of staff. That was and remains a reflection of our friendship, trust in one another's judgment, and confidence that whatever the role and challenge either of us faced, counsel was always forthright and honest. I provide this glimpse to demonstrate that Bob and I have been close for 20 years: we trust, respect, and challenge each other.

The Honorable Ellen Segal Huvelle
page -2-
10 January 2007

As judge, you have in your hands, the chance to demonstrate gentleness – coupled with an appropriate lesson – to understand Bob Ney, what he has done, and what he can still do for others if given a second chance. Bob is a family man in the truest sense with his children as often as humanly possible; devoted to his parents as they advance in age; and focused on others in all his work and deeds. Bob's character has been tarnished throughout this episode and, I might add, it is an anomaly, period.

It is convenient to abandon a friend and colleague; I shall not do that. It is easy to blame the system; Bob Ney did not do that. He took responsibility for his actions and is paying the highest and heaviest price: the potential to lose his freedom. I know Bob; I have known him for 20 years. No good will come by further destroying him. No national purpose will have been served. I ask that you consider Robert W. Ney in _his_ entirety. The work he has done on behalf of others. The commitment he has demonstrated to advance the safety and security of all Americans. His tireless efforts to focus public service for the good of the public. And his recognition that he alone is responsible for his behavior. This is reflective of his integrity. I urge you; don't let 35 plus years of great work be negated by one error.

Thank you very much for giving me the opportunity to convey to you my professional and personal opinions of Robert W. Ney.

Sincerely,


Steve Maradian
President



The Honorable Ellen Segal Huvelle
United States District Court for the District of Colombia
333 Constitution Avenue, N.W.,
Washington, D.C. 20001

RE: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvella,

It is with heavy heart that I write to you about my former Congressman Bob Ney, who will appear before you for sentencing on January 19, 2006.

I have known Bob well for more than 20 years, both as a personal friend and as the family insurance agent, and I was shocked to hear of his conviction, as I am sure most of his constituency was.  Bob gave more than 20 years of service to his country and his congressional district, with a previously unblemished record of extraordinary service.

From my conversation with Bob since his conviction, he seems at peace with himself and has shown a willingness to accept his punishment, and I would ask that you leniency in sentencing.

Thank you for you consideration.

Sincerely,

John S. Marshall

The Honorable Ellen Segal Huvelle
United States District Court  for the District of Columbia
333 Constitution Avenue N.W.
Washington DC, 20001

Re:  United States vs. Ney,  No.06-cr-272 (ESH)

Dear Judge Huvelle,

I'm writing to you to express my utmost respect and admiration for Bob Ney. Bob has
been a great asset to this community and to the lives of the people around him. He is one
of the most compassionate people I know. He is the person that doesn't forget your own
family. He will hear that someone close to you has passed away and then appear at the
funeral home paying his respects.
I am a medical professional and have found in talking with other coworkers and patients
that all feel a loss in not having Bob as our congressmen. I was actually astonished that
so many people said they would still vote for him if he were running. That is the love
Bob has given to this community. All the men in the steel industry stand by him and are
thankful for all he has done for them. His passion for the people he represents says more
to me then any wrong doing he could ever do.
No one is perfect. It's sad when we fall short of others expectations and become lost in
the world around us. Blinded only by our own shadow, we lose sight of what life is and
what the importance of our being is as well. I'm not making excuses for those who make
mistakes; I am however respecting those who admit there wrong, and are willing to
correct those mistakes.
Bob has been a great role model for this community as a leader as well as a father. His
love for his family,is a quality that is slowly leaving this country,because of selfishness.
He managed a career and a family with unconditional love.
  Your honor, he is and will forever be a hero in the eyes of many.  Thank you!


Sincerely,

Lynnan D. Heise, RN

January 5, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the Districk of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 2001

Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing in regard to the plea agreement Congressman Ney made with the court.
Mr. Ney has been very good  to this Rust Belt area of Ohio.   He was the first to stand
up for the Steel Workers and was successful.   Mr. Ney nor his Family are money people.
Therefore I feel he did not have the finances to fight these charges.   He did not make
himself a millionaire while in Congress, as many others have done.   He was one who
each and every member of the community had access to with their problems.   He did
not care if you had money or not. Mr. Ney knows that what he did was wrong and how
much he has hurt his Family and each of his constituents.     This is a very Democratic
County and Bob has been viciously attacked because of his actions.   This has hurt
us all.

My husband, Charles & I are asking that you consider his plea and show him mercy.
Who will benefit from Bob spending time in prison.   Give him probation and make him
do community service.   He is great with people and would be an asset helping young
adults who are in trouble.   A Judge has great leeway at her discretion and we pray
that you will take mercy on Bob.   Justice will not be served by putting him in jail.

Sincerely,

Charles & Patricia Link

ps.

**Vicki Spachner Blythin**



**The Honorable Ellen Segal Huvelle**
**United States District Court for the District of Columbus**
**333 Constitution Ave., N.W.**
**Washington, DC 20001**

**Re: United States vs Ney, No. 06-cr-272 (ESH)**

**Dear Judge Huvelle:**

I have known Bob Ney since approximately 1980. While I have not seen him often during the past few year, we have been in contact from time to time. When we all lived in Belmont County, friends and I started a program for victims of domestic violence when it was a non-issue for much of the community and the sheriff's department. Bob, as a young politician, was always extremely helpful in attaining whatever help the organization needed. As a candidate for Ohio State Representative, he was well known and well liked and considered down to earth, i.e., "one of the people" "for the people." His parents are regular folks and I am sure he was brought up properly with midwestern values, in the small eastern Ohio town. He had maintained his residence in St. Clairsville on Overlook Rd. for many years and was a regular around town, always admired and not intimidating. He and his wife home schooled the children. He was a hard worker.

About 1998, during my recovery from a mastectomy and chemotherapy, I disbanded my home and donated a very large number of self-help and art books to the Women's Center we had established in 1980. I asked Bob if he would donate a book case and he did. He also appeared for thepresentations, and the newspaper photo that appeared in the local daily papers. This was a small thing but he never considered any request too small from a friend and constituent.

**Page 2   Robert Ney**

I used to brag to my friends that I could call his office in Washington, DC and get him to speak to me on the phone.   He did not send form letters or have his staff speak for him. He generally answered my emails and letters, a few times in his own hand on his stationary. He knew I had little financially to give him but he always treated me as if I were important because he knew the work I had done for my community and he is very constituent involved. Early on, when Bob was seeking State Rep position, I worked to help him get elected and found him to be sincere and intelligent.

I was in Washington DC the week of 911(Sept 11, 2001), having arrived via America West Airlines just after the Pentagon had been hit about 9:30 A.M., picking that particular travel date to visit my daughter, quite by accident. Bob took me to lunch that week at the Senate Dining Room and we talked at length about his involvement with the protection of the White House and the American people. This was his first concern. As always, he was polite, thoughtful and articulate and soft spoken, never a braggart or "puffed" up about his position. He always seemed to recall his roots and his hometown folks.

I lived in Washington from about 1990 to 1994 and worked for a political lobbying firm and had been a political science major in college...therefore am interested in the process. I spoke with Bob before Christmas this year after a long time, to catch up on our lives. I asked him about the charges pending. He indicated to me that he felt he had reported what he needed to regarding the items in question and I believed that he thought he had. Living in the DC area, one sees the privileges, perks and favors bestowed enmasse upon people of influence. I am not sure when it becomes a crime! It is my opinion that there would be a lot of politicians in jail if all the laws were strictly interpreted and enforced; of course this applies to all people "in power positions."

Page 3  Robert Ney

I do not feel that incarceration for Bob Ney proves anything, nor serves any purpose, and is an unnecessary burden on the taxpayers already supporting prisons filled with murderers, rapists, and other violent criminals. Perhaps a fine and community service would be more appropriate.

I am saddened by the whole situation. I ask that you consider the person who apparently stepped over a fine line without fully realizing or understanding the consequences.

Thank you,

Vicki Spachner Blythin

**SUSIE RADCLIFFE REDEKER**



December 18, 2006


The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

RE:  <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing this letter in support of Robert (Bob) Ney.  I have known Bob my
entire life and have always known him to be an upstanding citizen, devoted to his
family, friends and constituents.

Bob comes from a very good family.  His parents have always been extremely
supportive of him and his endeavors in politics.  I remember when I was very young,
seeing a framed certificate on the wall signed by President Nixon.  I knew then that
Bob would go into politics and be very good at it.   His parents raised him to be
honest and hard-working, something I feel that he still is.  Bob cares strongly for his
family, friends and his State.

Bob has always gone above and beyond the call of duty in all aspects of his life.
Although I live in California, I have many friends and family who live in Ohio, all of
whom have always admired him for the job he had done as Congressman.  Even
Democrats were devoted to him and pleased with the many things he did for their
cities and counties.

In my mind, Bob is a man to be looked up to and admired.  In the year 2000 my best
friend and I planned a trip to Washington, DC.   After spending a couple of days
there sightseeing, Bob called me and asked if I had a day or two to spare.  He knew
that I hadn't seen my family in Ohio since 1987.  He actually drove over 5 hours in
the rain from Ohio to DC to pick us up, turned around, and drove all the way back
to Ohio.  The next day he hosted a party in his home, a little mini-reunion and when
it was done, drove us all the way back to DC and then he drove back to Ohio (he
didn't have any voting in DC until the following Tuesday.)

My family and friends here in California and in Ohio will ALWAYS hold him in high regard.  Our opinions of him have not dimmed, nor will they ever, in light of his recent legal problems.

I hope your Honor will think of the good he has done, which far outweighs any bad, when sentencing.

I am truly honored to have spent my life knowing this man.

Sincerely,

Susie R. Redeker

January 2, 2007

The Honorable Ellen Segal Huvell:

I am writing you this letter in regards to former Congressman Robert Ney. I have been a strong supporter of Mr. Neys for thirty-six years. He is the man I know who loves his country like no other. I have spent many holidays, special occasions, and birthday parties with him but one day will always stand out in my mind forever. The Fourth of July. This holiday has always been one of his favorites. He would talk of our independence and his love for the United States of America. His knowledge of our Government and love for our country has made me the person I am today. He hummed the words to "God Bless the USA" playing in the background and stated it was one of his favorite songs. His patriotism has always been amazing to me.

I walked many miles with him while he shook I know over a billion hands. What caught my attention was the true love he had for all the people and the need in his heart to help every American live their dream. He spent hours during tragedy lending a hand and talked to me about how sad he felt when he saw orphans in the Middle East. His desire to help others has always been a priority over himself.

He opened the world of culture and diversity to me. He truly is a humanitarian.

I never called him by an official name, I know him as Uncle Bob. I look up to him and love him as I do my own father. He  taught me the difference between right and wrong and preached the importance of honesty and integrity. My uncle has always been the person I can turn to in a time of need knowing he would drop anything for his family.

He is not a criminal. He was an honest and caring Congressman. He is a loving and devoted husband, father, brother, son and uncle. His love for us and for his country can never be touched. To take away his rights is taking away the freedom of all people. I beg the righteousness of the courts to see through this web and allow my Uncle pardon from this injustice.

Sincerely,

Staci Lynn Charlton Karas

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 2001
    Re: United States v. Ney. No. 06-cr-272 (ESH)


Dear Judge Huvelle,

    I have known Mr. Bob Ney for over 10 years and would like to appeal to you to take Mr. Neys whole life and history into account when you determine his future.

    Mr. Ney has served the public for many years beginning when he was a young man and went to the Middle East to teach, learning the language and the value of the humanity of all people.   His public service has improved the lives of many people in our valley, highlighted by his saving the jobs of many steelworkers. His efforts enabled this industry to survive and many lives were affected by his hard dedicated work.   He was unwavering and went against his political party and other powers to serve his neighbors. He has been a man who all who knew him trusted his judgment.

    I hope you will consider his entire life and career in your decision rather than solely on his recent misjudgments, which were totally out of character of the man I know.


Sincerely,

Frank S. Sentich Jr.

January 11, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

      Re: <u>United States v. Ney</u>, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

I am writing this in support of Bob Ney. I can confirm that he is a man of great principle, is extremely dedicated to his family and work, and a true friend.

I have known Bob Ney for over 40 years, becoming close friends and confidants since our early childhood. As a result, I have become very familiar with Bob's passion to become the best leader, public servant and human being that he could possibly be. Over the years, Bob Ney has demonstrated time and time again that he is a conscientious representative of the citizens of Ohio. I have been privileged to observe his innate ability to reach people on their own level and within their own interests. Despite these talents, he is a humble and approachable person who loves to share his extensive knowledge and experience with others.

Bob Ney has compiled an outstanding record of accomplishments during his tenures in the Ohio House of Representatives, the Ohio Senate and in the United States House of Representatives. He has worked tirelessly on behalf of the constituents that he represents, helping many thousands over the years. In addition, Bob has played a major role in helping me choose a career in the public sector, in the field of affordable housing. In many areas, both personally and professionally, Bob Ney has encouraged me to seek opportunities and meet challenges that I had not thought possible.

In closing, it is with sincere conviction that I offer these thoughts in support of Bob Ney.


Sincerely,

Bruce S. Velt



The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

   Re: United States v. Ney, No. 06-cr-272(ESH)

Dear Judge Huvelle,

   This is a letter of support for Bob Ney. I have known Bob for many years and would like to share with you what I have learned about him. Bob Ney is a family man. He grew up from humble beginnings into a man with vision for others. Over the years he has worked diligently for the betterment of society. Bob Ney has a passion for his government and it's history. He has loved being a part of the legislative areas of our government; local, state, and federal. Experience has taught Bob of the ways to make our country better for all of our citizens. Bob always worked for all people regardless of political party or financial status. He put his heart and soul into his profession.

   Bob has been punished and will continue to be punished for his mistakes by being deprived of his joy in life of serving the citizens of his community and his country. He will no longer be allowed to take part in the right to vote. His good name is being defamed. He feels great sorrow for the disappointment to the family he loves and who love him.

   I stand by Bob knowing that he is a good man. He is a man of principles and high ideals. He is a man with vision. Bob is a man who has lost so much but a man who will again, in the future, contribute to the community and to the world.

   Thank you for your time in this matter.

Sincerely,

Joyce Zambito

Joyce Zambito

January 12, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N. W.
Washington, D. C. 20001

    Re: United States v. Ney, No. 06-cr-272 (ESH)

Dear Judge Huvelle:

    I am writing this letter to show support for Mr. Bob Ney. I do not know him personally, but I have always voted for him in the elections. He has shown a passion for politics, and he truly does care about the Ohio Valley area. He has helped our economically deprived area with grants and helping new businesses to get started which greatly benefits our local economy.

    I am respectfully writing to ask you to have mercy on this man. He has already lost so much.

             Sincerely,

             Carol Kovachic

January 17, 2007

The Honorable Ellen Segal Huvelle
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: United States v. Ney, No. 06-cr-272(ESH)

Dear Judge Huvelle:

I am writing this letter in support of Bob Ney, whom I have know for twenty years. I apologize for the late submission of this letter but a friend just made me aware of the proceeding's timetable.

Bob got me started in politics and governmental affairs and for that I'll always be grateful. I began working for Bob as a volunteer intern at the Ohio Senate and worked my way up to a paid staff position, assisting with the state budget. Beyond helping me to establish a career, Bob taught me the most important thing in politics (and to a wider extent life) was loyalty. Bob exhibited kindness and loyalty to all his staff persons, whether they were paid or not. Bob's kindness and humility were also often on display in his interactions with workers at the statehouse- from security guards in the parking lots to folks working the basement commissary. Bob always took the time to talk and always had a kind word.

Bob also took his work as a state senator very seriously. His knowledge of the insurance industry and the state budget were second to none. Where Bob truly excelled however, was in supporting his constituents. Bob's senate district encompassed some of the poorest parts of Ohio, in southeastern Ohio. Bob's politics transcended party lines in a Democrat stronghold because he truly cared. He cared about the coal workers well being and about providing incentives for doctors to move to rural, undeserved locations within the state. Bob's constituent service work was second to none in the Capitol. Some politicians do constituent work to ensure votes. Bob's emphasis on constituent services however, were to ensure that folks who couldn't take care of themselves, were taken care of.

I hope in some small way this note takes care of Bob. He deserves it. He's done a lot of good during his career in public service and touched a lot of lives, including mine.

Sincerely.

Mark Bordas

