**FILED**

**JAN 18 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Daniel Katz

13 December, 2006

Judge Ellen Segal Huvelle

C/o Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*[handwritten annotation: CR 06-272 U.S. v Ney / Let Mr be filed / ESH 1/18/07]*

RE: Bob Ney

Mr. Ney is campaigning to have supporters write letters to witness favorably for his character.

Do not let that corrupt the process of sentencing. In this case, his offense was one of betrayal of public trust. No matter how much he is liked by some people, the rest of—taxpayers across the land—were sold out. For every writer who pleads mercy, there are many of us who will not write.

This man was guilty. Yet he continued to hold the position that he was given in trust. I cannot accept that. He should have resigned immediately. *[handwritten: Not Stepping Down - what a really great guy.]*

Sincerely yours,

Daniel A. Katz

**Craig Faanes**

December 13, 2006

The Honorable Ellen Segal Huvelle
United States District Court
333 Constitution Avenue, N W
Washington, DC 20001

Dear Judge Huvelle

As reported from several sources this evening, attorney's for convicted scam artist and former Congressman Bob Ney are encouraging people to write to you to attest to Ney's character. Here's an example of what is being reported.

**Write a letter on behalf of Bob Ney.**
"Ney's lawyers are encouraging the former lawmaker's friends to write letters to Judge Ellen Segal Huvelle, letting her know "your feelings about Bob's character, his work for his constituents in Ohio, his work on national issues, his integrity, his dedication to public service." Ney has pleaded guilty to performing official acts for lobbyists in exchange for campaign contributions, expensive meals, luxury travel and skybox sports tickets and his sentencing hearing is set for Jan. 19"

As a typical American citizen who is absolutely completely and totally fed up with all of the malfeasance and illegality that has been exposed from the Republicans in the 109th Congress, I'm writing to beg you to show absolutely zero mercy for Bob Ney or any of his ilk who may come before you. People who are elected to Congress to represent us are understandably held to a higher standard. They are supposed to be examples for others to live by.

What Bob Ney did was obviously illegal and blatantly immoral. From his position as a member of Congress who certainly knew better, he should be sentenced to the fullest extent of the law possible. I'm sure if I came before you for having committed the same crimes you'd look at me as a typical person and throw the book at me. Ney and other Congressmen should be shown the same or more punishment as a regular person like me would get.

I beg you to give him at least 27 months and if possible put an extra 0 on his sentence behind the 7. That would send a strong message to others in positions of authority that they, like us, are not above the law and should suffer the same consequences that we the people suffer.

Thanks for considering my request and please have a safe and happy holiday season.

*[signature]*

December 14, 2006

Clerk's Office
ATTN: Court of Judge Ellen Segal Huvelle
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

REF: Sentencing of Former Congressman Bob Ney

Dear Judge Huvelle:

Former Congressman Bob Ney has requested—through a chain that includes the local Baptist minister—that I write to you to in an attempt to show you that his corruption conviction is an unaccountable aberration in what was an otherwise distinguished public career. I would like to point out that Bob Ney, when given the honor of a prominent position in public life, used it to steal from the public. I could write a lengthy description of the loss of trust in Congress that has resulted from his actions but we both know there is so little trust in government any more that he's a barely noticeable blip in the pork-o-rama that the last Congress produced. One should note, however, that the level of his contrition is obvious—even after he plead guilty he refused to resign for some months.

If the punishment really fit the crime he'd have been shot at sunrise. In a justice system where young mothers are locked up for 3-year terms on a marijuana bust (the niece of a friend) Mr. Ney should be breaking rocks for at least that amount of time. But, no—he'll go to a country-club prison somewhere. Thus, the sentence should be proportionately lengthened. Throw the book at him; throw two books at him.

Sincerely,

*[signature]*
Ben Alvin Walker

December 14, 2006

Judge Ellen Segal Huvelle
US District Court for the District of Columbia
333 Constitution Ave.
Washington, DC 20001

Re: Representative Robert Ney

Dear Judge Huvelle,

I'm writing to ask you to please give Representative Ney the maximum sentence possible for the corruption charges he pled guilty to. As an elected representative of the people, Mr. Ney had a responsibility to uphold the Constitution and the law, as written by people like himself. For him to now hold up his public service record as a reason for a lenient sentence is hypocritical at best, and all the more reason to hold him to the highest standards of our law – as he himself would hold others. He deserves no less.

Mr. Ney's refusal to step down from Congress after pleading guilty to the charges is a large slap in the face to American taxpayers, who work hard and honestly, to pay his salary. His greed is the reason he is facing this sentencing. His arrogant insistence of collecting two more months of salary – shows he is not truly remorseful for his actions, and does not understand that he needs to work on his greed issues. The more time he spends behind bars, the more time he has to ponder his ugly greed and the control it had over his choices.

Lastly, Mr. Ney should not be allowed to spend his prison time in a "country club prison," but should be in the same kind of prison I would be in, had I committed this same crime. No lack of chain link fencing and razor wire, no Sunday afternoon golfing, and no unlimited visits from loved ones. His crime is of the utmost serious in nature – a betrayal of the United States of America, and those that love Her.

Again, I ask you to represent the people in this sentencing. To sentence Mr. Ney to exactly what I myself would be sentenced to. The money he scammed along with Mr. Abramson should not influence his sentence, or where he serves his sentence. Thank you for your consideration of my feelings as outlined in this letter.

Respectfully,

*Elizabeth McGee*

Elizabeth McGee

December 14, 2006

Judge Ellen Segal Huvelle
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Ney sentencing

Dear Judge Huvelle:

    I understand that the criminal defendant Robert Ney has requested citizens to write to the Court concerning his sentencing. I would hope the Court would impose the maximum feasible sentence upon this defendant. Apart from the openly criminal conduct that lead to his conviction in the first place, I urge you to consider his post conviction refusal to resign from Congress. His greedy and contemptuous insistence on milking the last salary and benefit dollar out of this country should entitle him to more and not less jail time than the normal guidelines permit.

    The social message of any leniency to this defendant would only encourage other public officials to similarly violate their oaths of office.

    Thank you for your attention to this letter.

Very truly yours,

Thomas M. Kennedy

Honorable Judge Ellen Segal Huvelle
United States District Court
District Court of District of Columbia

12/14/06

To the Honorable Judge Ellen Segal Huvelle:

This is a letter on what type of person I feel Robert Ney represents. Robert "Bob" Ney is a person who was willing to sell his vote for money and favors. He did this unconcerned on how this would affect the well being of his constituents and the majority of Americans. He embodies the "culture of corruption" that allowed criminal activities to run rampant through congress. The only thing that I am upset about is that he can only receive 27 months. To me, Bob Ney financially raped his district and the United States for personal financial gain. He did this with forethought and malice and with no concern for his fellow man.

Thank you for your time.
Elliot Miller

Timothy Brunemeyer

Judge Ellen Segal-Duvelle
United States District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC  20001

Thursday, December 14, 2006

Dear Judge Duvelle;
    I'm writing to convey my feelings regarding the impending sentencing of former Representative Bob Ney.  I read that his attorneys are asking folks to write in support of the defendant in this case and I'd just like to say B`&*%$#it!!  His treacherous disregard for the trust given him by his constituents, his refusal to resign and his crimes warrant a stiff sentence.
    In my opinion any person given the rights and responsibilities to govern the people must be held to a greater level of responsibility than a normal citizen, if an EMT or nurse is held to a level of professionalism during every waking minute than Joe the plumber is then a professional politician should be held to a greater level as well.  So I ask that you make an example of this mutt, give him the maximum penalty allowable.  A) Because of the crime and b) maybe it'll teach his former colleagues a lesson as in this sort of behavior will not be tolerated

Best regards,
And Merry Christmas

Timothy A Brunemeyer

December 31, 2006

In regards to: Robert Ney sentencing

The Honorable Ellen Segal Huvelle
United States District Court
333 Constitution Avenue, N W
Washington, DC 20001

Your Honor:

I write this on behalf of a friend and a former Congressman who, despite his failings, did perform a great service for many years for his district and his constituents in Southeastern Ohio. I fully realize, as does Bob, that what he did with the whole Abramoff influence scandal was wrong. As one, however, who can look at his own life and see some of the cases of really bad judgment I have had over the years, I am both thankful that I had the support of those around me who believed in me to help me correct those situations and sympathetic towards Bob Ney, his family, and his own situation.

I have no personal stake in Bob's future, nor have I received any personal perks or benefits from him or from his former office. As a resident of Southeastern Ohio, however, I did benefit, as did so many people, from his excellent work in representing our district. I understand that you cannot simply calculate a formula to negate his wrongdoings by offsetting them with all the good that he did. What I am asking for is that you at least consider these things in coming up with an appropriate sentence. His record of honest and ethical representation for many years is clear; the support he had in his district is also clear based on the overwhelming majority by which he won recent re-elections in a district that is not always aligned along simple party lines. Bob took a personal interest in any constituent who took time to speak with him about any issue. Bob was and is a good family man and community citizen. It often struck me how down-to-earth, sincere, approachable, and mild mannered he was when making his rounds throughout his district or at community events; never did I see him flaunt his position and he truly was grateful for being in office and being able to serve others.

Again, I do not believe that Bob nor anyone else is expecting him to get past this situation without some punishment. I only ask for your consideration of leniency when proclaiming his sentence. I have told Bob that though this is obviously the lowest point in his career and probably in his life, he will recover. There are very many of us who believe in him as a person and a man; his character and ability will overcome his poor judgment in this case (a judgment that I believe he sincerely regrets and would definitely handle much differently if given the chance.) Though his career as a public figure is ruined at this point, I know Bob well enough to know that this mess he got himself into does not define him and that his basic being as an honest, well-intentioned, upright person will remain and allow him to recover and rebuild. Please help give him that opportunity.

Sincerely,

Mark S. Slabinski, MD

January 11, 2007

Judge Ellen Segal Huvelle
United States District Court
  for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Huvelle:

I write regarding the upcoming sentencing of Congressman Bob Ney. As someone who has tried hard to be a good citizen and raise my two children to be the same, I am most anxious to see that Mr. Ney be treated with the full force of the law. I wish I had the ability to tell you why I feel so strongly that the men and women to whom we trust our public institutions should act within accordance of the law or be severely punished if convicted of crimes, but I am unable to do so. I believe that Mr. Ney held a position of responsibility and did not fulfill his moral or legal obligations to uphold the trust that the voters put in him.

I thank you for taking the time to read this letter; I will await the outcome of January 19, which I believe is the date for Mr. Ney's sentencing.

Sincerely,

*Carol W. deProsse*

Carol W. deProsse