JAN. 2. 2007 11:39AM   DOJcriminal                                    NO. 0243   P. 2

NEY, Robert W.                                                      Page 26

THE HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-272-01</u> |
| vs. | : | |
| Robert W. Ney | : | Disclosure Date: December 15, 2006 |

**FILED**
**JAN 19 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

<u>**For the Government**</u>

(CHECK APPROPRIATE BOX)

(   ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                             __1/2/07__
Assistant U.S. Attorney                                    Date

<u>**For the Defendant**</u>

(CHECK APPROPRIATE BOX)

(   ) There are no material/factual inaccuracies therein.

(   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                             _____
Defendant         Date                                    Defense Counsel     Date

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by December 29, 2006, to U.S. Probation Officer <u>**Deborah Stevens-Panzer**</u>, telephone number <u>(202) 565-1422</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By:Gennine A. Hagar
Acting Chief United States Probation Officer



U.S. Department of Justice

Criminal Division

Public Integrity Section
1400 New York Avenue, NW
Suite 12100
Washington, D.C. 20005

Telephone (202) 353-2248
Facsimile (202) 514-3003

December 22, 2006

Via Federal Express
Deborah Stevens-Panzer
U.S. Probation Office
United States District Court
  for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
(O) 202-565-1422

Re:   United States v. Ney, 06cr272 (ESH)
      Material Inaccuracies in the PSI Report

Dear Officer Stevens-Panzer:

The only possibly material inaccuracy in the PSI Report concerns the number of cases related to Mr. Ney's prosecution. The PSI Report accurately relates Mr. Ney's case to the first of Mr. Ney's coconspirators to plead guilty, Michael Scanlon. In addition to Mr. Scanlon, however, the following additional coconspirators have also pled guilty in cases related to Mr. Ney's:

1.  Jack A. Abramoff (06cr001): On January 3, 2006, Mr. Abramoff pled guilty to a three-count Information charging conspiracy to violate federal laws in violation of 18 U.S.C. § 371; honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346, and 2; and tax evasion in violation of 26 U.S.C. § 7201.

2.  Tony C. Rudy (06cr082): On March 31, 2006, Mr. Rudy pled guilty to a one-count Information charging conspiracy to violate federal laws in violation of 18 U.S.C. § 371.

3.  Neil G. Volz (06cr119): On May 8, 2006, Mr. Volz pled guilty to a one-count Information charging conspiracy to violate federal laws in violation of 18 U.S.C. § 371.

To be clear, these cases involve facts that overlap significantly with Mr. Ney's case. Indeed, all four coconspirators pled guilty to conspiring with Mr. Ney to defraud the public of Mr. Ney's honest services, although Mr. Ney is referred to as "Representative #1" in the plea papers of his coconspirators.

There are two additional, immaterial and minor errors in the report. On page 6, ¶ 16, the report states that Mr. Ney received gambling chips on both February 21 and 23. Mr. Ney

received gambling chips on February 21 and 22, not 23. Of similar minor importance, on page 4, ¶ 8, the report states that Mr. Scanlon formed "Capital Campaign Services" when the correct name was "Capital Campaign Strategies." The reference to "Capital Campaign Services" in Mr. Ney's factual basis was a typographical error.

Please let us know if you have any questions or if we can be of further assistance.

Very truly yours,

EDWARD C. NUCCI, ACTING CHIEF
PUBLIC INTEGRITY SECTION

Mary K. Butler
James A. Crowell IV
M. Kendall Day
Trial Attorneys

cc:   William Lawler, Esq.
      Counsel for Robert Ney

2

JAN. 2. 2007 11:39AM    DOJcriminal                              NO. 0243   P. 1

# UNITED STATES DEPARTMENT OF JUSTICE
# CRIMINAL DIVISION



**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it's addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and returning the original transmission to us at the address given below.

**TO:**           Deborah Stevens-Panzer

**Phone:**        202-565-1422

**Fax:**          202-273-0193


**FROM:**         Mary K. Butler
                  M. Kendall Day

**Phone:**        202-514-1412

**Fax:**          202-514-3003


**DATE:**         January 2, 2007

**SUBJECT:**      Receipt and Acknowledgment of Presentence Report

**NUMBER OF PAGES (INCLUDING COVER):**   2

**MESSAGE:**      This cover was inadvertently omitted from our letter of December 22, 2006. Please let us know if you have any questions.