HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED
FEB 0 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Robert W. Ney                              Docket No.: 06-272-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Robert W. Ney** having been sentenced, on January 19, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Morgantown__, in __Morgantown, WV__ by 2 p.m., on __March 1, 2007__.

_____          _____
Date                       ELLEN SEGAL HUVELLE
                           UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____          _____
ATTORNEY/U.S. PROBATION OFFICER    DEFENDANT

Revised 6-2004